# Exhibit B



Case 1:18-cv-05068-JBS-KMW Document 1-3 Filed 03/31/18 Page 2 of 2 PageID: 54

**Inmate Request**

From: Kevin Smith  Inmate ID #: 107135
Date: 2-29-16  Cell #: B 101

If this request is regarding a telephone call, please provide the name of person to call, their phone number, and desired message. Messages can only pertain to Incarceration, amount of bail, money for Inmate account, visits, transportation, and/or obtaining items from personal property.

Message: Please inform me of my Date of Birth, Social Security Number, FBI #, and NY ID. Number on File. Thank You.

Reply: Birthdate 8/16/71, SSN 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, FBI #009692HA3, NY ID #7145900

3-10-16 Rec.