# Exhibit D

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 1 of 20

```
 1   STATEMENT OF:        SHERON WILSON
 2
 3   TAKEN BY:            DETECTIVE MARC CARNIVALE
 4                        Burlington Twp. Police Department
 5
 6   ALSO:                DETECTIVE STEPHEN CRAIG
 7                        Burlington County Prosecutor's Office
 8                        Major Crimes Unit
 9
10   TRANSCRIBED BY:      DEBORAH BERRYANN
11                        Burlington County Prosecutor's Office
12
13
14   I am DETECTIVE MARC CARNIVALE. The time is currently 15:21 hours on the 11th
15   of September, 2013. This is going to be a recorded interview in regards to investigation
16   2013-14349. Also present in this interview is DETECTIVE STEPHEN CRAIG of the
17   Burlington County Prosecutor's Office, Major Crimes Unit.
18
19   Q.   Young lady, can you please state and spell your first name for me?
20
21   A.   SHERON. S-H-E-R-O-N.
22
23   Q.   Your middle name?
24
25   A.   YASSEEMA. Y-A-S-S-E-E-M-A.
26
27   Q.   E-E-M-A?
28
29   A.   Yes.
30
31   Q.   And your last name?
32
33   A.   WILSON. W-I-L-S-O-N.
34
35   Q.   You're how old?
36
37   A.   Twenty-eight.
38
39   Q.   Date of birth?
40
41   A.   ███████
42
43   Q.   Street address?
44
45
```

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 2 of 20

```
 1   CRAIG: I got that.
 2
 3   CARNIVALE: Oh you do?
 4
 5   CRAIG: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 6
 7   CARNIVALE: ▮▮▮▮▮▮▮▮▮▮▮▮▮nd do you have the contact numbers already
 8   also?
 9
10   CRAIG: I do.
11
12   CARNIVALE: Alright. Um,
13
14   CRAIG: We just wanted to talk to you a little bit obviously about what happened over at
15         31 Larkin Street. I mean were you visiting? Is SONNY a friend of yours? I
16         mean start with that. That's the easiest and just walk us through it.
17
18   A.    Well, we pulled up like he, when we pulled around the corner, it like, the guys
19         that robbed us, we, I saw them walking from up the street like they, the shirts and
20         stuff they had on, like seemed like they were like selling stuff or promoting or
21         whatever. So when we get to his house, he goes in the house just to pick up the
22         laundry and he comes back out and brings it to the car. They had walked by us
23         why SONNY was in the house getting the laundry and they went to the next
24         house at the corner. When they seen SONNY come to the car, they turned back
25         around, started walking towards us. They were asking us about a GMC like in
26         Burlington Township and me and the other girl TATTIANA we were like, um, we
27         don't think there's a GMC around here no more. We think they closed it. So
28         SONNY starts heading back into the house and was like, alright well I'll try to
29         call and look on my phone. So they, there's three of em, the two like walked in
30         the house right behind SONNY and the other one was outside with us talking to
31         us at the car. And we were all like, well we don't know but maybe there's one on
32         541. She TATTIANA took her phone and googled it and then like five minutes
33         after that, he walks in the house and then comes back out while the other two
34         were still in there. So the one kept walking in and out of the house talking to us
35         and then he comes and was like, well that's your boyfriend? And she was like,
36         yeah. He said, come here. So she goes in the house and she doesn't come back
37         out and then the guy comes back out to me like probably like several minutes later
38         and was like, um, they said come in the house. SONNY said turn the car off and
39         to come in the house cause it's too hot. So, and he was like, she said bring her
40         phone. So I get her phone off the seat and turn the car off and walk in the house
41         and he snatched the phone from me and puts a gun in my face and throws me on
42         the floor and ties my hands up. And tells us to keep looking down and everything
43         will be Ok.
44
```

(handwritten margin notes: CORR, INCONS., CORR, INCONS., CORR JOHNSON, INCONS., INCONS/CORR JOHNS/WALLACE, INCONS., TOOK ONE PHONE JOHNSON)

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 3 of 20

| | | |
|---|---|---|
| 1<br>2<br>3 | Q. | Pretty amazing story. I mean I can't imagine the fear and the stress that you had to go through. |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28<br>29<br>30<br>31 | A. | Yeah and then he was like, they kept asking about the safe and the cameras and stuff and I was quiet the whole time. Like I was just, like I can't believe it, I just was quiet. And then like the guy that like assaulted me, he's like yeah I'm having fun and the guy, the other one of the other two, was like come on so we can leave. Like wipe your fingerprints and stuff like this so we can leave. He's like yeah I'm having fun, but he had started while we were both on the floor like feeling on both of us through our clothes. So then like he made me get up on my knees and then that's when like he um, took my glasses off and he put something else over my face like a piece of clothing that was on the floor, over my face and like he made me give him head and then he stopped that for a second and then he like tried to he made me turn around and tried like, that's when he put his um dick inside me so I mean he like went in for like a minute and then stopped. Cause it was hurting so I was like making noises, then he was like, shut up. So I, he stopped that and then he goes back to oral and makes me give him head until he comes in my mouth while he's fingering me all at the same time doing this so, so then he comes in my mouth and he makes me like drink this bottle of water like he's forcing it down my throat and like I spit it out like I started spitting it on my shirt and he got mad cause I was doing that so he was like, swallow it and like, he's like literally shoving the water down my mouth. That was it and he threw me back on the floor and was like, don't move and like stay here. So then when we heard them go out the door, he's like well, you all better not say nothing, call the cops and this and that, we know where you all live and he got my purse out the car. So when we heard em go to the car we waited a few minutes and that's when we're, are they gone? Are they gone? And she untied herself and untied me, then I ran outside and called, and then that's when she went downstairs to check on SONNY and came back up screaming was like, oh my God, they beat him up bad. |
| 32<br>33 | Q. | Did, is your purse missing? |
| 34<br>35 | A. | Yeah. |
| 36<br>37 | Q. | So you believe that they took your? |
| 38<br>39<br>40<br>41 | A. | Yeah it was on the back seat of SONNY'S car. Cause when I got out, when he told us to get out, like when he's like SONNY said come in the house just turn the key off, the car off, I'm like Ok, figuring everything is fine like that. (inaudible) |
| 42<br>43 | Q. | What's SONNY'S car? You talked about that. |
| 44<br>45 | A. | The, the Lumina that was in front of the house. |

*[Handwritten margin notes: "INCONS." (lines 4-5), "INCONS." (lines 6-7), "IMPOSSIBLE?" (line 26), "HOW" (line 40)]*

BCPO/14002791/00000232

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 4 of 20

| | | |
|---|---|---|
| 1 | Q. | The Lumina in front, is it white? |
| 3 | A. | Yeah. |
| 5 | Q. | Ok. So you didn't lock it when you came in or anything? |
| 7 | A. | No, the windows was up though but like. |
| 9 | Q. | So they must've opened it, went in and got the purse. |
| 11 | A. | Yeah like I didn't lock the car. |
| 13 | Q. | Where was your purse inside the car? |
| 15 | A. | In the back seat. It was like a bag. Like a fushia metallic fushia type bag. It was a bag. |
| 18 | Q. | Um, passenger seat, driver's seat? |
| 20 | A. | It was in the back seat. I was in the back seat. TATTIANA is his girlfriend was up front. |
| 23 | Q. | Well what part of the back? Front or back part of the car? |
| 25 | A. | I was in the back seat. |
| 27 | Q. | In the driver's side or the… |
| 29 | A. | Oh the passenger side. |
| 31 | Q. | Ok. The only reason I'm asking you is |
| 33 | A. | Oh yeah the back. |
| 35 | Q. | They're gonna try to look at the car and look for fingerprints and things of that nature so I want to know where. |
| 38 | A. | I was on the passenger side back. |
| 40 | Q. | Passenger back? Ok. Ok. You had indicated that you had never seen these guys before? |
| 43 | A. | Not until we came around the corner and like I see them walked up the street like I don't know if they caught that, but I caught it. I saw them walking. |

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 6 of 20

1
2  A.   Yeah. (inaudible)
3
4  Q.   Like an election, like an election?
5
6  A.   I guess it was, I don't know. And then it said it was like a quote on the front, I get
7       more mon, something with money in it. I don't remember. I don't know, but
8       that's the back of it. It was white letters and it was like a blue shirt.
9
10 CARNIVALE: Sorry may I, may I back up a second? You said you passed them on the
11       street?
12
13 A.   Yeah.
14
15 Q.   Ok. On Larkin? On Langdon?
16
17 A.   Ok. I don't know, alright...
18
19 Q.   How did you, where were you when you, what house did you come from to go to
20      SONNY'S?
21
22 A.   We came from the left. So we would've make a right at that corner. The one
23      coming this way and then made a right in his house there.
24
25 Q.   Alright, wait, wait, where were you when you? Before you, who's house were
26      you at when you left to go to SONNY'S?
27
28 A.   No SONNY picked me up at my house. I was in Mount Holly.
29
30 Q.   Ok.
31
32 A.   He picked me up and we were coming to Burlington.
33
34 Q.   Ok. So what, give me the route that you traveled?
35
36 A.   We came off from the street right there by um, I guess that's Neck Road right
37      there.
38
39 Q.   Ok.
40
41 A.   We came off of Neck Road and come up like that way. So whatever that side
42      street is, that street right there.
43
44 Q.   Did you pass the fire house?
45

*[Margin annotations: "DISC. SHIRT CORR", "CORR. WALLACE JOHNSON", "CORR. WALLACE"]*

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 7 of 20

| | | |
|---|---|---|
| 1 | A. | No. |
| 3 | Q. | Did you… |
| 5 | A. | Yeah, wait, we came past Rite-Aid and all that, we the CVS I mean. |
| 7 | Q. | The CVS? |
| 9 | A. | Yeah. |
| 11 | Q. | Ok. |
| 13 | A. | Passed all that. |
| 15 | Q. | Right. |
| 17 | A. | And we made a left onto that street. I don't know. |
| 19 | Q. | One or? Ok. Just |
| 21 | A. | I don't know how many up it was. I really don't. |
| 23 | Q. | Ok. |
| 25 | A. | I think it was the… |
| 27 | Q. | It was either Langdon or Larchmont? |
| 29 | A. | I think its Larchmont. They uh, |
| 31 | Q. | Ok, so you turned… |
| 33 | A. | they made that left on Larchmont and then that right right there on Larkin. |
| 35 | Q. | Ok. |
| 37 | A. | That's where we came and when we were making a right I seen them to the left and that one house on the corner, there's like a fence right there. I seem them walking from that direction. |
| 41 | Q. | So they were walking? |
| 43 | A. | They were walking up cause they walked by us. |
| 45 | Q. | Ok so they, they were walking from Langdon? |

X 23 ?

BCPO/1400279I/00000236

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 8 of 20

| | | |
|---|---|---|
| 1 | | |
| 2 | A. | I guess so. Yeah. Like they were… |
| 3 | | |
| 4 | Q. | Or Lang… |
| 5 | | |
| 6 | A. | Yeah. |
| 7 | | |
| 8 | Q. | Ok. |
| 9 | | |
| 10 | A. | And then they walked up and they walked by. |
| 11 | | |
| 12 | Q. | Ok. |
| 13 | | |
| 14 | A. | Like I seem them. I don't if they saw em when we were turning, but I saw that. |
| 15 | | And they walked up and then they walked by us and then when they passed our |
| 16 | | house, SONNY'S house, that's when they backed up when they saw SONNY |
| 17 | | come out of the house with the laundry and backed up. |
| 18 | | |
| 19 | Q. | Ok, sorry, go ahead. |
| 20 | | |
| 21 | CRAIG: | Ok, so that's fine. SONNY now, SONNY is coming out of the house with the |
| 22 | | laundry and then that's when they walk up to him? |
| 23 | | |
| 24 | A. | Yeah. Yeah like they, well when he's walking out, they were already starting up |
| 25 | | towards like walking up towards the sidewalk and like they were basically in front |
| 26 | | of his house on the sidewalk while we were in the car. So that's when he was |
| 27 | | asking about the General Motors as SONNY was coming out. He's like, do you |
| 28 | | all know where General Motors is, and they asked SONNY first because… |
| 29 | | |
| 30 | Q. | Like the car dealership you think? |
| 31 | | |
| 32 | A. | Yeah. |
| 33 | | |
| 34 | Q. | Yeah. |
| 35 | | |
| 36 | A. | Like we, we were in the car, they actually caught SONNY cause SONNY was |
| 37 | | bringing laundry to the car, they asked SONNY was like a GMC and that's when |
| 38 | | SONNY leaned in the car and was like, do you all know where GMC is and me |
| 39 | | and TATT looked at each other like, that's kinda suspect. Like there's no GMC |
| 40 | | around here no more. And, and that was all we kept saying so then SONNY put |
| 41 | | the laundry in the car. He's like, hold on. So he gets back up, goes to the front of |
| 42 | | the door and goes in the house and said like he was like gonna look it up for them |
| 43 | | and then the other two like literally walked right in the house and me and TATT |
| 44 | | were like laughing in the car. She was like, yeah they just like walked in the crib |

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 9 of 20

1-3      like that. And the other guy was out there talking to us like the way they did it was just like, it was weird.

4-5   Q.   Now where is TATTIANA now?

6-9   A.   She was at the house still. They were talking to her. But she didn't get hurt. Like they just violated her by touching her on the outside of her clothes. They didn't rape her or nothing.

10-11   Q.   Ok. And she doesn't know who these guys are either you don't think?

12-13   A.   No. None of us did.

14-15   Q.   Now...

16-17   A.   I just know they were big. They were like pretty big guys.

18-20   Q.   I want to talk about that. There's three black males. Talk about the one that you, that was with you first.

21-26   A.   Like he I'm not sure cause he kept my eyes covered, like he took my glasses off and made me, he kept telling me to close my eyes. At first he put like a piece of clothing on my face and the clothing kept falling off, so he's like close your eyes, like keep your eyes closed, like he just made me keep my eyes closed and I was basically trying to do what he says so I don't want to get shot so.

27-28   Q.   What did the gun look like?

29-30   A.   I really didn't see that either like he went...

31-32   Q.   Like a pistol or?

33-35   A.   It was actually a gun. And when the only one I seen is when he put it in my face when I walked in, like yeah it was a gun like that but it was silver.

36-37   Q.   Ok. So like a silver pistol. Not a, not a shotgun?

38-39   A.   Yeah it was like, yeah, a Glock I guess.

40-41   Q.   And um, did you see any of the other guys have guns?

42-43   A.   All I know is the one that when I walked in like...and that's the one that...

44-45   Q.   And he, is that the one who told you to come inside?

*INCONS.*

BCPO/14002791/00000238

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 10 of 20




1   A.   Yeah. That's the one that was like, yeah, SONNY said come in cause it's hot
2        outside, turn the car off. Soon as I walk in the door, and like he's like, yeah she
3        said bring her phone, she's up the step. So I like walked like kinda walked the
4        one step and like he turns around and snatch the phones out my hand and then,
5        next thing you know I turn around there's a gun in my face.
6
7   Q.   Ok. That injury you have over your eye,
8
9   A.   Yeah.
10
11  Q.   What happ, where'd that come from?
12
13  A.   Like when he pushed me, I got a rug burn and then he hit me in the head when he
14       was like assaulting me with the gun but he on the side of the gun, the side of the
15       gun.
16
17  Q.   So he hit you with the pistol?
18
19  A.   Yeah. Like this came from when he threw me on the floor and I got a rug burn.
20
21  Q.   Ok.
22
23  CARNIVALE:
24
25  A.   He hit me with the side of it.
26
27  Q.   Ok.
28
29  CRAIG: On the seat?
30
31  A.   Yeah but this one, that came, it's like a rug burn. He threw me on the floor.
32
33  Q.   Ok.
34
35  A.   Like he hit me across my head though like up in here. Like he didn't, that cut is
36       not from that. It's from the rug burn when he threw me on the floor (inaudible)
37
38  Q.   Ok.
39
40  A.   That was it.
41
42  Q.   And what kind of, so they're wearing these blue t-shirts, are they all in pants or
43       shorts?
44

BCPO/14002791/00000239

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 11 of 20

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | A. | They had like black pants on like them, like the Adidas type jogging sweat suit type pants. But they were black. They were just pure black. They wasn't that good like the Adidas ones. And they all wear the same thing. |
| 5<br>6 | Q. | They are all dressed the same? |
| 7<br>8<br>9<br>10 | A. | Yeah. Except for the one guy had like, like you could tell he had dreads. He had like one of them caps on like the dreads in, like one of those and it was like tan, like brown tan. |
| 11<br>12 | Q. | Did you see them anywhere near a car? Get into a car or drive a car away? |
| 13<br>14 | A. | No. Like I seen the only time |
| 15<br>16 | Q. | Cause you saw them walking. |
| 17<br>18 | A. | I seen em is when I was walking. That was it. |
| 19<br>20<br>21<br>22<br>23<br>24 | Q. | Now in terms of what SONNY'S into and what he's all about, we're not the drug police. I'm not here for that obviously, but something like this happens to his house and they start talking about things like the safe and things of that nature. I mean that's not a normal conversation. They wouldn't be at your step father's house and come in asking about a safe for example. What's that all about? |
| 25<br>26<br>27 | A. | I don't know. Like they kept, no, what, it wasn't like the safe came up like that. They kept asking where the money was. And SONNY was like, there is a safe. |
| 28<br>29 | Q. | Or even, or even still. Ok. So SONNY said… |
| 30<br>31 | A. | SONNY said he had a safe. |
| 32<br>33 | Q. | Ok. |
| 34<br>35 | A. | SONNY was like it's in the safe behind this, it's like that's what he said. |
| 36<br>37 | Q. | Ok. |
| 38<br>39 | A. | Cause like we were all try to cooperate so they wouldn't shoot us. That we were. |
| 40<br>41 | Q. | Ok. So they didn't come in and just say, where's the safe? |
| 42<br>43 | A. | Yeah. Not from what I know. Like it was like |
| 44<br>45 | Q. | It was more like he was talking. |

BCPO/1400279l/00000240

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 15 of 20

| | | |
|---|---|---|
| 1 | | |
| 2 | A. | Yeah that's the one that assaulted me. |
| 3 | | |
| 4 | Q. | Ok. My, I'm sorry. |
| 5 | | |
| 6 | A. | And he's dark skinned. And he kinda had messed up teeth. I forgot about that. |
| 7 | | Oh my God. Like he has messed up teeth. |
| 8 | | |
| 9 | Q. | Did they have any type of accents of anything that you could pick up? |
| 10 | | |
| 11 | A. | Nah. Unt, uh. |
| 12 | | |
| 13 | Q. | They didn't say anything about where they were going or anything? |
| 14 | A. | Unt, uh. They just kept saying we have your ID's and when we leave you all |
| 15 | | better not say nothing. And then (inaudible) before he left, he kept telling us, like |
| 16 | | it was towards the girls, he was like, you all need to talk to SONNY and tell him |
| 17 | | not to say nothing and long as you don't say, we kept saying, alright we will, we |
| 18 | | will. He's not gonna say nothing, we're not gonna say nothing. We kept saying |
| 19 | | like so he could leave. We're like, no we're not gonna say nothing, we're gonna |
| 20 | | talk to him, we're gonna talk to him, ain't nobody gonna say (inaudible) And |
| 21 | | TATT was like, I'm his girl, I'll talk to him, I'll talk to him. I was like, I'm the |
| 22 | | best friend, I'll talk to him. Like we're not gonna say nothing. So...and then |
| 23 | | even when he assaulted me, he was telling me oh you better not say nothing. I |
| 24 | | was like, no I'm not. |
| 25 | | |
| 26 | Q. | And you hadn't had a chance to talk to SONNY? |
| 27 | | |
| 28 | A. | No. Cause when we broke free she untied me, I ran outside. She's like, go stand |
| 29 | | outside and wait if I see em come back, I could easily run to a neighbor's house or |
| 30 | | something. So when I ran out the door, she ran downstairs to go help SONNY. |
| 31 | | And then she come flying back up like panicking and crying, she's like they |
| 32 | | fucked him up, they fucked him up. I'm like, what? And then that's when she |
| 33 | | sent me to, like she ran to the neighbor's house before I did. She was pounding |
| 34 | | on the door so when the neighbor answered the door, I'm the one went in and |
| 35 | | called the cops and her boyfriend went over was like call the cops like, yo, (finger |
| 36 | | snapped) it was like really. |
| 37 | | |
| 38 | Q. | So you went into the neighbor's house and the neigh... |
| 39 | | |
| 40 | A. | Yeah and called the cops. |
| 41 | | |
| 42 | Q. | And the neighbor called? |
| 43 | | |
| 44 | A. | Yeah called 911. |
| 45 | | |

INCONS.

INCONS.

BCPO/14002791/00000244

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 16 of 20

1 Q. Do you know who the neighbor is?

3 A. No.

5 Q. No?

7 A. Just knocking on doors.

9 Q. You're just knocking on doors.

11 A. Just knocking on doors. And that was the first house TATT went to and then as
12    when TATT, cause TATT had a knife, but TATT had the knife trying to cut the
13    cab, the wires from SONNY, the cords from SONNY. And then that's when the
14    neighbor said, well she got a knife and I was like no, it's not like that. Like we
15    were just attacked, there's a home invasion, and like, and they were like, what?
16    And then her boyfriend had went over and saw and then that's when I was on the
17    phone. She put me in the room, she's like, yeah call the cops, call the cops and
18    she was making sure I was Ok. And I just called from there and then I went back
19    outside. But when I came back out, one of the cops was there and I walked in the
20    house and went down to the basement where he were and I was yelling for
21    SONNY, I didn't see him, and they were walking up the street so somehow they
22    just walk up the street, they walked out of the house and walked up the street.

24 Q. Who had walked?

26 A. SONNY and TATT.

28 Q. SONNY?

30 A. Cause when I called and when I went back next door to like to go down cause
31    there was a cop already on the scene. So I had went downstairs to try to show
32    him where he was and I'm calling his name and he wasn't answer and then I see
33    TATT coming up the street. I'm like, where's SONNY like the cop was here.
34    And he was like, and I seen him walking up the street like all bloody and stuff,
35    that was the first time I saw SONNY.

37 Q. Ok. Do you have any quest, cause I think the nurse may be here now, so we'll
38    make this quick and we'll at a later time we'll probably come back and talk to you
39    again when we have some more information. Ok? But today we just want to get a
40    quick assessment.

42 CARNIVALE: Um, I, other than you said you're, you have pain, you were struck in the
43    head, you were pistol whipped for lack of better words.

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 17 of 20

| | | |
|---|---|---|
| 1 | A. | I have sickle cell to top this off too. |
| 3 | Q. | What's that? |
| 5 | A. | I have sickle cell enemia |
| 7 | Q. | Yes, you have sickle cell, yeah. So you, the injuries you received are, are you have the rug burn on your forehead, you were |
| 10 | A. | I was hit in the head. |
| 12 | Q. | You were pistol whipped for lack of better words. She was, she was red around the, the… |
| 15 | A. | Wrist and the bruises. You can see the wrist |
| 17 | Q. | Alright. And you have some vaginal soreness from… |
| 19 | A. | I'm hurt between my legs, like I said, puts some, I mean it was forceful. It wasn't like the guy was some little person either. I mean I give him credit for that but God. It's just, I just want this to be over with. This, |
| 23 | Q. | We can respect it. |
| 25 | A. | This is embarrassing. |
| 27 | Q. | This is embarrassing. It's a delicate subject matter. And this is the first time we've ever met you and here we are talking about this. |
| 30 | A. | Like I don't, yeah. Like I don't think like there's vaginal, like I can tell you he didn't stay in me long enough. Like I did say it hurted. Like that I did, so then he did stop when I say that. |
| 34 | Q. | But he, but to reiterate, I know you've told me this already, he did ejaculate in your mouth. |
| 37 | A. | Yes and he made me rinse my mouth out and then once he made me |
| 39 | Q. | But you spit some of this on your shirt. |
| 41 | A. | Yeah I spit water and stuff out like wait, like I was just spitting it out like cause I didn't know he was doing at first, like he just shoved water down my mouth and then when he came in my mouth, he made me swallow it. He's like, yeah, swallow it too, don't spit it out. So I kinda like, I acted like I swallowed it and kept it in my mouth and then when he forced the water down my mouth like he |

LEAUX

BCPO/1400279I/0000246

Statement of Sheron Wilson (9-11-13)
Case No. SX-13-1608
Page 18 of 20

|   |   |   |
|---|---|---|
| 1 |  | actually like overflowed my mouth cause he's pouring it so some of it got out |
| 2 |  | anyway. So I guess the come was like mixing with the water cause I kept it in my |
| 3 |  | mouth. |
| 5 | Q. | Where, where make, Ok, make sure you point to your body. |
| 7 | A. | It was on my shirt, like literally fell down |
| 9 | Q. | Well it, it fell down your, your |
| 11 | A. | It fell on the left though. |
| 13 | Q. | your left breast? |
| 15 | A. | Yeah. Fell on the left side of here. |
| 17 | Q. | But make sure you tell the SANE nurse that because she'll swab your skin. |
| 19 | A. | Alright. |
| 21 | Q. | Alright? Maybe there's some DNA there that we can collect. Alright? We gotta think, look we know it's painful and I've said this a hundred times probably already to you. But we, we really need your cooperation. Alright? Alright, you, you quite possibly are the key to all this. You probably hold some key evidence on your person in regards to this. Um, so that being said, uh, maybe grandmom is here by now and we'll get her in here so you can speak to her and have a moment with her before the, the SANE nurse starts her exam. |
| 29 | CRAIG: | Do you have any questions of us before? |
| 31 | A. | No. |
| 33 | CRAIG: | Probably what'll happen next is you'll get this thing done, you'll go home and then give us a little bit of time and we'll likely reach out to you again. And you gave me your information to get in touch with you and if we have other questions which I'm sure we will, um, and maybe we'll have some information for you as well by then. Ok? |
| 39 | A. | Honestly I have zero percent chance that I'm going hear from you all, this is going to be over so I doubt if they'll ever find these guys like (inaudible) |
| 42 | CARNIVALE: | You never know. |

BCPO/1400279I/00000247

1   CRAIG: Well…

3   CARNIVALE: Come on give us some credit.

5   CRAIG: Yeah, let's just, let's just

7   A.   No but I don't even believe anything like this would happen in township, let along
8        La Gorce. I was born and raised there. So I'm still a little wobbled about it, but
9        it's, I still

11  CARNIVALE: You heard no names?

13  A.   like this is a chance are you're not going to get it.

15  Q.   Did you hear the girl call any names on the phone?

17  A.   Nah, she just kept saying like you're lying, it's a camera out front. I'm staring
18       right at the camera.

20  Q.   Alright.

22  A.   So when they was outside, outside…

24  Q.   Did you see what she looked like that girl?

26  A.   Who? No. We didn't see the girl.

28  Q.   So you only ever saw three guys walking

30  A.   We only saw three guys walking

32  Q.   you never saw her?

34  A.   I never saw the girl.

36  Q.   So she must have came from somewhere…

38  A.   But I guess they was outside, I'm telling you they must've been in the
39       neighborhood just casing the place. I'm telling you that's how it seemed like they
40       were doing.

42  Q.   Did you tell them about the car? Somebody said something about a white
43       Hyundai Elantra?

*[handwritten margin note: LEADING ATTEMPTING TO]*

BCPO/1400279 1/0000 0248

1  A.  Yeah I, oh I didn't say nothing about no car, I said SONNY'S car where my stuff
2      was.
3
4  Q.  Ok. Alright. I'll have to figure out where that came from.
5
6  A.  I didn't mention about a Hyundai Elantra.
7
8  Q.  Alright well let's go get grandmom. Alright, hopefully she's here. Thank you
9      SHERON.
10
11 A.  You're welcome. Can I please (inaudible) I need my glasses like bad.
12
13
14
15
16 **I have reviewed and/or corrected the contents of this statement and certify that it is**
17 **accurate.**
18
19
20  _____        11/21/13
21  (Signature)                    (Date)