# Exhibit E

1   STATEMENT OF:                    WILLIAMS, ADRIANE
2
3   TAKEN BY:                        DETECTIVE CHRISTOPHER ENT
4                                    Burlington Township Police Department
5                                    Burlington Township, New Jersey
6
7   ALSO PRESENT:                    DETECTIVE ROBERT HAGEMAN
8                                    Burlington County Prosecutor's Office
9                                    Sexual Assault/Child Abuse Unit
10
11  TRANSCRIBED BY:                  ANGELA VAN HORN
12                                   Burlington County Prosecutor's Office
13
14
15  Q:  We're good MISS WILLIAMS, we're good.  Um, is it, we're back here again, uh, obviously
16  this is in regards to an incident that happened back, uh, September 11th of 3013....
17
18  A:  Uh hum
19
20  Q:  In Burlington Township New Jersey, uh, again, some of the things that we have to go over is
21  just, uh, how do you spell your first name?
22
23  A:  ADRIANE, A-D-R-I-A-N-E.
24
25  Q:  And your last name?
26
27  A:  WILLIAMS, W-I-L-L-I-A-M-S.
28
29  Q:  Okay, what's your date of birth?
30
31  A:  2/17/72.
32
33  Q:  And how old are you now?
34
35  A:  43 years old.
36
37  Q:  Okay, and what's your current address?
38
39  A:  103 Pennsylvania Avenue, Binghamton, New York 13903.
40
41  Q:  Okay, just for clarification, also present in the room is DETECTIVE HAGEMAN from the
42  Burlington County Prosecutor's Office.  Alright, uh, well we've had the opportunity to speak
43  with you a handful of times with your attorney, MICHAEL RILEY, who you're represented by.
44
45  A:  Yes.

Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1  Q:  Here in Burlington County.  Uh, and we're here today, uh, obviously to get a taped statement
2  from you in regards to the incident that occurred again in Burlington Township, uh, before we do
3  so, I have to read you your Miranda Rights…
4
5  A:  Yes.
6
7  Q:  Okay, if you understand them say yes, if you don't say no?
8
9  A:  Uh hum.
10
11  Q:  And, I'll explain them to you further alright, you have the right to remain silent, do you
12  understand that?
13
14  A:  Yes.
15
16  Q:  Anything you say can be used against you in a Court of law, do you understand that?
17
18  A:  Yes.
19
20  Q:  You have the right to talk to a lawyer and have them present with you before you're being
21  questioned, do you understand that?
22
23  A:  Yes.
24
25  Q:  If you cannot afford to hire a lawyer, one will be appointed at no cost to represent you before
26  any questioning if you wish one, do you understand that?
27
28  A:  Yes.
29
30  Q:  If you agree to talk to us, a decision to waive these rights is not final and you may withdraw
31  your waiver whenever you wish either before or during questioning, do you understand that?
32
33  A:  Yes.
34
35  Q:  Okay, and today is the 13th and the time now is 11:37.  And, MISS WILLIAMS, with these
36  rights in mind, are you willing to talk to us today?
37
38  A:  Yes, uh hum.
39
40  Q:  Okay, just sign on that X there saying that you understand all those rights that were read to
41  you.  Alright.  Uh, MISS WILLIAMS, uh, again we're here in regards to an investigation, uh,
42  from an incident that happened back in 2013 here in Burlington Township.
43
44  A:  Uh hum.
45

Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1   inside the place and, you know, I'm just like talking, I don't remember exactly what the
2   conversation is about, just talking or whatever with MIKE and then he comes back, he's walking
3   back to the car and then he's on his phone and he's like, you know, I'm just looking at his facial
4   expressions and so I cracked my window and I heard him say "that he don't have my money, just
5   take it". So, he gets back in the car with us and he asked me, he said, "pull out", you know,
6   "follow him" because I don't remember where the house was. So, I'm following him and then,
7   uh, the truck pulls over eventually. I pull, he told me to pull in front of him, I pulled in front of
8   him, put the car in park, CROSS opens the door, he gets out and then I look and I see COFFEE
9   standing outside of the car on the sidewalk. So, MIKE was getting out the car and I grabbed him
10  back like, you know, nudged him like, stay in the car and I'm like "listen, I heard him say, if they
11  don't have his money, he's taking it" and it was like, you know, "you're bugging, none of that
12  going to happen, ain't none of that going on or whatever, you know, I'm going to make sure
13  everything is okay, I know the dude owes him some money, uh, his man told him he had some
14  money in the house, in the safe and he owes him, so he's going to get his money". "I'm going to
15  make sure everything's okay". I said "yeah, but, he said if he don't have it it's taking it, what
16  does he mean by that, I was like, you know, is he robbing this dude or whatever". He's like "no,
17  you bugging and that's not happening". So, at that point, after we were talking, I'd still see
18  CROSS and COFFEE walking up the block and MICHAEL gets out the car and walks up to
19  them. Now, they're all sitting outside. I see several people outside and I remember there being
20  another guy there and, uh, I want to say that the slim guy started walking inside the house,
21  CROSS, no, start, saw him walking in the house, COFFEE and MICHAEL walked in behind
22  him, they, all three of them went in the house and COFFEE, I mean CROSS was still standing
23  outside talking to, I can't remember if it was a male or a female cause I didn't see her at the time
24  but, he was talking to someone. So, uh, moments later I looked up, I didn't see anyone, no one
25  was there. So, I'm on my phone, I'm, you know, not really trying to like stake the place out
26  because I'm not thinking anything is going on, you know, or this is what they were, their
27  intentions were to do, to go in there and harm people and rob the place. So, uh, moments later,
28  than I noticed, I saw CROSS back outside and then he was walking inside the house with a girl
29  and I'm like "who the hell was that?" So, I, uh, pulled off and pulled in front of the house and
30  when I pulled in front of the house, I'm like, you know, I'm not going to get out and ring the bell
31  and all, you know, I'm not going to do that all, you know, just because I see a female so I call
32  MIKE'S phone, he doesn't have his phone, cause he's phone is in the car. And I said "okay, you
33  know what, let me just, like, what am I, so what it was a girl", you know, it's not like it was five
34  girls or three girls walking in with them or whatever and then time went by, it went on awhile,
35  I'm like, what the hell, you know, taking so long, so then I call CROSS' phone. He never, he did
36  answer but he never said anything and, uh, I'm just listening, don't (not audible), you know, here
37  any racket or anything going on and maybe sometime later, that's when MIKE came out of the
38  house, I ended up hanging up, you know, cause he, he no longer was on the other line, then, uh,
39  MIKE came out, he got in the car, the passenger seat and I'm like "what the hell took so long?"
40  he couldn't even talk to me cause they were like right behind him, the other two got in the car.
41  And, I'm like "why is he coming back, I thought he was staying?" You know, but, I was a little
42  uneasy ever since the diner thing. Once I heard CROSS talking and saying, you know, I just,
43  something didn't feel right. So, uh, we pulled off. Uh, made a right and then another right on
44  that highway, we're driving, we stopped at a gas station. I had to get gas and then we, uh, went
45  across the, uh, toll bridge, I don't remember which one, it was so many on the Jersey Turnpike,

Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1   paid the toll, drove back into Brooklyn, pulled up to, uh, that area where we had originally
2   picked them up from and CROSS in the back got out the car.
3
4   Q:  Okay.  Uh, I got to kind of go back and walk through the…
5
6   A:  Yeah.
7
8   Q:  Uh, who is MICHAEL to you?
9
10  A:  MICHAEL.
11
12  Q:  MICHAEL ROBINSON?
13
14  A:  Boyfriend.  My then boyfriend.
15
16  Q:  Okay, you're then boyfriend, okay.
17
18  A:  Uh hum.
19
20  Q:  Where did MICHAEL reside at, at the time this incident occurred?  Where was he living at?
21
22  A:  Oh, he was living in Brooklyn.
23
24  Q:  Okay.
25
26  A:  Yeah.
27
28  Q:  Alright.
29
30  A:  In like a, a man's house or something.
31
32  Q:  Uh hum.
33
34  A:  yeah.
35
36  Q:  Okay.
37
38  A:  I can't say a shelter or half, I don't even know what it was but, I know it was just like a
39  bunch of guys that lived there.
40
41  Q:  Okay.
42
43  A:  That's where he was living.
44

1   A: Yes.
2
3   Q: Uh, my agency and the Burlington County Prosecutor's Office and the U. S. Marshalls came
4   to your residence, uh, where you and MICHAEL were both located at that point...
5
6   A: Yeah. Uh hum.
7
8   Q: And both were arrested and ultimately I brought, uh, we brought you to the Binghamton P.D.
9
10  A: Yes.
11
12  Q: Uh, we were then spent some time and we spoke.
13
14  A: Uh hum.
15
16  Q: Uh, obviously, you know, at that point, you were Mirandized, provided me a statement as to
17  what you recalled at that time.
18
19  A: Uh hum.
20
21  Q: Uh, and I showed you an unmarked photograph of a person...
22
23  A: yes.
24
25  Q: Uh, it was black male with dreads, uh, that you immediately identified as the person you
26  knew to be CROSS.
27
28  A: CROSS, uh hum.
29
30  Q: Alright, uh, is that an accurate statement?
31
32  A: Yes, uh hum.
33
34  Q: Okay, uh...
35
36  A: That was him.
37
38  Q: Okay. So, let's go back to September 11th of 2013. Again, at any point, correct me if I'm
39  wrong. I'm just going kind of read and write what's going on here. Uh, MICHAEL asks you
40  several days before September 11th...
41
42  A: Uh hum.
43
44  Q: To, that, uh, if you can provide a ride for him, who...
45

1   A: Uh hum.
2
3   Q: Who you initially thought was CROSS...
4
5   A: Uh hum.
6
7   Q: Uh, this other person that you had picked up that you knew to be COFFEE...
8
9   A: Uh hum.
10
11  Q: Uh, had you ever met that person before?
12
13  A: Never, that was my first and only time ever seeing him.
14
15  Q: Okay, how, how did you know the nickname COFFEE?
16
17  A: That's what they were calling him, that's what he, that's what he called him.
18
19  Q: Okay.
20
21  A: I heard him say that.
22
23  Q: Alright, can, can you provide me, uh, any sort of identifiers for this guy COFFEE?
24
25  A: You mean how he looks?
26
27  Q: Yeah.
28
29  A: Uh, he's tall.
30
31  Q: Okay.
32
33  A: He's tall, brown skin, uh, short hair, not bald like MICHAEL but he has hair on him.  Uh,
34
35  Q: How old, how old would you say?
36
37  A: (Not audible), probably in his thirties, I don't think he was in his forties, you know, I think he
38  was, (not audible) kind of not really young looking but not old.
39
40  Q: What race?
41
42  A: Black, African American, you know.
43
44  Q: Okay, okay, Alright fair enough.  Uh, so, what kind of vehicle were you operating?
45

1   A: COFFEE started like, like roaming, like walking up and down, he was on his phone, CROSS
2   was talking to the guy and then CROSS ended up getting the vehicle, in the truck passenger side,
3   the other guy got in the driver's side and they drove off.
4
5   Q: And this is the Silver SUV style vehicle?
6
7   A: Yes, uh hum.
8
9   Q: Alright, from my understanding, you had mentioned it had tinted windows?
10
11  A: yes. Uh hum.
12
13  Q: Okay, uh, describe to me the operator of that vehicle?  Who was CROSS dealing with then.
14
15  A: Uh, the tall guy, I don't know his name.  Uh, he has dreadlocks to.  Tall, brown skin, black,
16  African American, uh, slim about your height, he was really tall and long hair that's all I
17  remember.  I mean I remember his face vaguely like what he looks like but I just remember the
18  tallness, the brown skin and the dreads.
19
20  Q: Okay.
21
22  A: Yeah.
23
24  Q: So, and from my understanding, at that point CROSS gets into that vehicle…
25
26  A: Yes.
27
28  Q: They go, they then drive, they're there (not audible) you said about a half hour….
29
30  A: Yeah.
31
32  Q: Okay, uh, they then, this guy the black male and the dreads, they drive back?
33
34  A: Yeah, when they come back they pull up, park the car there right in front of my vehicle and
35  they got out started to ask MICHAEL, I said well they better go ask him if I could use his
36  bathroom and he did, he got out, he was talking to him for a few minutes so he came, he told me
37  to come out and then I came out the car, went inside the house, he took me in, I went upstairs, I
38  went to the bathroom, (not audible) came back out, when I came back outside the house, uh, the
39  guy was behind me, I walked up and I noticed that, uh, uh, MIKE was on the passenger side.  So,
40  I was walking to the car but, then, I think CROSS was coming to the car or MIKE was getting
41  out, like they started, like talking so then I just walked off cause I wanted to call my mother, I
42  kind of wanted privacy, I didn't want her hearing all the voices and stuff around.
43
44  Q: Sure, okay, uh, so at some point you then find your way back into your car….
45

Page 15 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

2   Q:  Alright.  Uh, and you had mentioned that, uh, initially when they had gone into the house, it
3   was MICHAEL and COFFEE that had followed the victim in, the male?

5   A:  Yes.

7   Q:  Is that correct?

9   A:  Uh hum.

11  Q:  Okay, and what was CROSS doing at this point?

13  A:  Uh, he was standing, he was just standing there, I think he was talking to someone.  He was
14  standing, I just, he was on the phone or I don't know, he was just standing there, he didn't walk
15  with them righ away.

17  Q:  Alright.  At some point, uh, a female had been, escort, escorted in the house, brought in the
18  house.

20  A:  Yeah.

22  Q:  Okay, who brought that female in?

24  A:  CROSS.

26  Q:  Okay.

28  A:  I saw him.  Uh hum.

30  Q;  Alright, uh, so now the allegations that happened in the house, they come out, alright, uh,
31  you're sitting in the driver's seat?

33  A:  Yes.

35  Q:  Okay.  Walk me through, what happens at that point?

37  A:  Uh, MICHAEL gets back in the car, literally seconds later the other two got in the car and I
38  didn't even have a chance to say why is he riding cause I didn't want him to hear me ask that…

40  Q:  Yeah.

42  A:  Uh, so I didn't, so, I say "okay", we pulled, you know, let's go.  So MIKE, okay, we pulled
43  off, made a right, and a right and immediately they were like arguing.

45  Q:  Okay.  Was anything brought into the car?

Page 16 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1
2   A: No, now I know that, yeah, the, uh....
3
4   Q: Well at the time, when the incident happened....
5
6   A: Uh hum.
7
8   Q: Uh, did you know what was brought in or did you see anything get brought into the car?
9
10  A: Uh, I really wasn't paying attention cause I wasn't looking for, you know, uh, I didn't know
11  what happened inside so, you know, I wasn't really looking for any extra or, you know, anything
12  like that but, I do know that that bag, that he had the bag.
13
14  Q: Okay. Talk to me about the bag?
15
16  A: Uh, the bag had cell phones, electronics or IPod or something in it, I just remember
17  MICHAEL arguing telling him he didn't want that shit in the car, he didn't want, you know, he
18  didn't want none of this stuff in the car.
19
20  Q: Okay, uh, it's kind of important, do we, you know, think back of what was the conversations
21  that were had in the car about the items that were taken?
22
23  A: Uh, there really weren't conversations about the items that were taken, I just remember
24  MIKE saying he didn't want it in the car.
25
26  Q: Okay.
27
28  A: You know, I don't want this shit in the car.
29
30  Q: Okay. Were there talk of any, uh, any medications?
31
32  A: Uh, yeah.
33
34  Q: Okay, what was...
35
36  A: Uh, there wasn't talk, I just remember him, I remember seeing it, I don't know how he got it
37  cause I'm driving, I'm just, you know, I just remember seeing some needles and I'm like, she
38  was on drugs or she's sick, I'm like why would he take her pocketbook, you know, but, then I'm
39  thinking to myself, maybe he took it because maybe, you know, she owed him the money. There
40  was a lot going on. You know, there really wasn't, I just remember MICHAEL arguing, telling
41  him he didn't want the shit want in the car, you know, you got to get it out, I don't want stuff in
42  the car. So, that's when I knew he stole her pocketbook, you know.
43
44  Q: Alright. Uh, what, what was said in the car, uh, by any of the three guys about what had
45  happened in the house?

Page 17 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1
2    A: Uh, all of them were pretty much saying that (not audible) you know, like a lot about not
3    having the money.
4
5    Q: Okay.
6
7    A: That's what they were saying.
8
9    Q: Was there, was there any mention of how much money?
10
11   A: No.
12
13   Q: Okay.
14
15   A: Never.
16
17   Q: Alright. Uh, was anything said in regards to, uh, I guess statements that were made or
18   conversations about, you know, they were going to harm somebody or, hey I'm going, going to
19   shoot somebody anything along that lines?
20
21   A: Uh, well CROSS was saying something about blowing somebody's brains out and he just, I
22   didn't know, I didn't even know if he was talking about us, like, you know, he was just going
23   off, you know, because MIKE was like "I want you, you know, that shit got to come out the car,
24   I'm not driving, you know, we not taking that shit back" and he was just like beefing and arguing
25   and MIKE kept turning the radio up so I couldn't really hear exactly what he was saying but I
26   did hear CROSS saying, you know, somebody going to get it, somebody going to get their brains
27   blown out.
28
29   Q: Okay.
30
31   A: So. Thank God, you know, uh, like I said I was talking about (not audible) but, you know,
32   just thankfully things didn't pan out another way.
33
34   Q: Okay.
35
36   A: You know.
37
38   Q: So then you then drive and drop off CROSS and this guy COFFEE in Brooklyn?
39
40   A: As quick as I could, yes, yeah.
41
42   Q: Okay. Once they were out of the car, what was your conversation with MICHAEL?
43
44   A: I was like "what the F happened, what happened?" and he was like "I can't Fuck with
45   CROSS, he's a fucking monster." And I was like "what happened, what did he do?" and he was

Page 18 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1   like, "when I walked in, the girl was" and I was like "the one who was sick" and I said "was she
2   owe him money?" he's like "look, I don't want to talk about it." And I was like, and he just
3   didn't want to talk about it.
4
5   Q: What, what was it that he told you that was going on?
6
7   A: He told me that he, he walked in and he noticed the girl was performing oral sex on CROSS.
8
9   Q: Okay, alright.  Uh, so then after, obviously, you dropped them off, uh, you have a
10  conversation with, with MICHAEL on the way back, uh.
11
12  A: It wasn't even a conversation it was statements.  He's very, not stubborn, he's just, he', he
13  just, he is who he is, you know.  It was never a time that we fully sat down and had a full
14  conversation about what happened.  I never, until I got arrested September 5th, it was like so
15  many unanswered questions.
16
17  Q: Uh hum.
18
19  A: In my brains.  He never told me what happened.
20
21  Q: Did you ever try to bring it up to him?
22
23  A: All the time.
24
25  Q: And what reaction did you get?
26
27  A: He was like, "I don't want to talk it, we're not talking about it".
28
29  Q: Okay.
30
31  A: And, you know, at one point he said, you know, something about it, as I told you, he said just
32  count our blessings, you know, that, everything's, I'm like "well why would we have to count
33  our blessings if nothing happened, did somebody get killed in there, did he strangle him like
34  what the hell happened?", you know, and he just never elaborated on it, never wanted to discuss
35  it, he told me stop asking him actually.
36
37  Q: Okay.  Uh, and obviously that time led up to the September 5th when we showed up at your
38  house....
39
40  A: You know that morning when you guys got, you would think he, cause you guys were out
41  there for a few minutes, you know, he would say, you know, they're here because such and such
42  is what, never.
43
44  Q: Okay.
45

1    A: He didn't even say anything to me when you guys walked me out, he was sitting, you know,
2    he was sitting down on the porch, he still didn't even say anything to me.
3
4    Q: Alright.
5
6    A: Still never explained to me.
7
8    Q: After that, that September 5th when, when we were up in Binghamton, uh, you were then
9    brought down here to Burlington County where obviously you had the opportunity to get
10   representation from MR. RILEY...
11
12   A: Yeah, uh hum.
13
14   Q: And, uh, have you been contacted by MICHAEL in any form since the incident occurred?
15
16   A: Uh...
17
18   Q: When we came up to Binghamton in September 5th, has he tried to contact you in anyway?
19
20   A: Well, yeah, he sent me a letter to.
21
22   Q: Okay.
23
24   A: I gave him to, uh, MR. RILEY, he has them.
25
26   Q: Alright, was there content in that letter, uh, that's relative to what had happened that day?
27
28   A: Well thinking about, it does pertain to what happened that day because it was like an apology
29   letter, just like him acknowledging how he, you know, mistreated me and kind of, you know,
30   abused me in many different ways and just apologize himself. I know it has a lot to do with what
31   happened, you know, even still he never wrote, explained to me, like I found out what happened
32   through my discovery.
33
34   Q: Uh hum.
35
36   A: You know.
37
38   Q: Okay. Uh.
39
40   DET. HAGEMAN:
41
42   Q: ADRIANE, what's your cell phone number?
43
44   A: Uh, my cell phone number is 607-343-8574.
45

1    A: Uh hum.
2
3    Q: Um.
4
5    A: They probably did have them on (not audible) you know, cause once you said about the tee-
6    shirts, you know, me thinking after months gone by thinking like, you know, just how everything
7    went down cause I could never get answers from him.  So, I'm trying to put pieces together
8    within my own brain so when you mentioned tee-shirts with the words, that's why I said "oh,
9    those tee-shirts, Elliott Spitzer.
10
11   Q: The mailman that you saw…
12
13   A: Uh hum.
14
15   Q: Do you know was he white or black?
16
17   A: He was white.
18
19   Q: Did he go up to the house that they were in?
20
21   A: Uh hum.
22
23   Q: And he delivered mail?
24
25   A: Uh hum.
26
27   Q: Okay.  Uh, did he notice you at all, the mailman?
28
29   A: Well I was, well now I know he did, yeah, but, uh, I didn't waive to him or, you know, I was
30   just looking at, I just, I'm on my phone and I noticed the mailman and I watched him and that's
31   when I noticed the nice, big window and the dog and all that.
32
33   Q: Okay.
34
35   A: Yeah, but, I did see a mailman that's for sure.  He did deliver mail at the house and they were
36   in the house when he delivered the mail.
37
38   Q: So, is it fair to say that the guys were sort of out front milling around at some points?
39
40   A: Excuse me, I'm sorry.
41
42   Q: MICHAEL, COFFEE and CROSS, is it fair to say that were just milling around at some
43   points once you were out the house?
44
45   A: Milling, what do you mean milling?

Page 22 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1
2    Q: Just walking around at front?

3    A: Outside?
4

5    Q: Yeah.
6

7    A: No, I don't know.  They weren't outside, well in, in the beginning they were all out...
8

9    Q: Right.
10

11   A: But, once they went in, like I didn't see them again until they came out.
12

13   Q: Yeah, before they went in?
14

15   A: Yeah.
16

17   Q: How long would you say they were outside?
18

19   A: Oh.
20

21   Q: Before they, they went in?
22

23   A: Uh, a few minutes.  It was a, yeah, it was awhile cause they were all standing out there.
24

25   Q: Okay.
26

27   A: Talking, yeah, for a few minutes.
28

29   Q: You don't recall the car that the girl came out of do you?
30

31   A: No, but, it, it was a car that was parked behind mines.
32

33   Q: Right behind yours?
34

35   A: Uh hum.
36

37   Q: Do you recall a color?
38

39   A: Unt um.
40

41   Q: Okay.  Was she white or black?
42

43   A: She was black.
44

45   Q: Okay. Have anything else?

Page **23** of **26**
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1
2   DET. ENT:        :
3
4   Q:  No.  Uh, ADRIANE, as we mentioned before, obviously we, on September 5th of, of 2014
5   when we went to Binghamton, uh, we had taken your cell phone.  Alright.
6
7   A:  Yes.
8
9   Q:  Uh, the cell phone belongs, your phone?
10
11  A:  Yes.
12
13  Q:  Uh, there's actually two phones from my understanding.
14
15  A:  Yes.
16
17  Q:  There's a functioning phone and one that did not function.
18
19  A:  Uh hum, uh hum.
20
21  Q:  Uh, that was broken.  Uh, there's obviously some information there that you want to get
22  back, names, addresses and all your contacts…
23
24  A:  Yes, uh hum.
25
26  Q:  And I understand that and, and we're going to try and accommodate you…
27
28  A:  Thank you.
29
30  Q:  With you in that but, obviously, it was taken for evidentiary (not audible) for our
31  investigation.
32
33  A:  Right.
34
35  Q:  In order for us to…,.
36
37  DET. HAGEMAN:
38
39  Q:  Let me get you something to write on.
40
41  DET. ENT:
42
43  Q:  In order for us to kind of expedite the process for us to get it back for you, uh, I'm, it's, this is
44  a voluntary consent to search form.
45

Page 24 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1    A: Right.
2
3    Q: And, and basically what this is asking is are, for you to allow us to look in your phone,
4    alright, to, to review the information in there…
5
6    A: Sure.
7
8    Q: To see if there is anything pertinent to this investigation?
9
10   A: Yes, uh hum.
11
12   Q: Alright and I'm just going fill this form out, I'll read to you.
13
14   A: Okay.
15
16   Q: And, uh, thank you Sir.  I'm reading this form to you and then we'll go from there.
17
18   A: Okay.
19
20   Q: And both phones were Kyocera phones?
21
22   A: Yes.
23
24   Q: Alright and I believe the one model was either…
25
26   A: 710 or 810 or 310.  And, and one of them had a blue plastic cover, like a navy blue clear
27   plastic looking cover.
28
29   Q: Okay, so I'M DETECTIVE CHRISTOPHER ENT of the Burlington Township Police
30   Department in New Jersey, I'm asking you to consent to a complete search of your Kyocera
31   model either 301, 710 or 810 and one Kyocera cell phone with a blue cover…
32
33   A: Yes.
34
35   Q: Belonging to a (not audible)?
36
37   A: Yes.  Uh hum.
38
39   Q: And, uh, we currently have that phone in our evidence, uh, and this is asking for a consent
40   for, uh, law enforcement agencies to include Burlington Township, Burlington County
41   Prosecutor's Office, uh, to review the phone.  And which would include any and all open and
42   closed containers therein.  Before doing so it is my obligation to inform you of your right to
43   refuse, you do have the right to refuse to allow us a search and your refusal will be respected and
44   do you understand that?
45

Page 25 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1   A: Yes.
2
3   Q: Okay. And, this is with the understanding that, hey, uh, you know, uh, that you're, if you
4   want to waive your right to be there for the search, by all means, you have every right to be
5   there. Uh, and stop the search of the phone at anytime.
6
7   A: Right.
8
9   Q: But, obviously, you're going to be in Binghamton, we're here in New Jersey.
10
11  A: Uh hum.
12
13  Q: Uh and we would ask that you would consent to allow us to look at the phone without you
14  being there?
15
16  A: Sure. Yes.
17
18  Q: And you're okay with that?
19
20  A: Yes, I'm okay with that.
21
22  Q: So, just answer yes there, it says I have been advised of my right to refuse, I consent to the
23  search freely and voluntarily without force, fear, promise or threat?
24
25  A: Yes.
26
27  Q: Alright. Alright, it's 12:12. And MISS WILLIAMS I just ask that you sign there again it's
28  just saying that...
29
30  A: Uh hum.
31
32  Q: Uh, you're voluntarily allowing us to look through your phone...
33
34  A: Uh hum.
35
36  Q: And at which point we'll make arrangements to get them returned to you.
37
38  A: Thank you so much.
39
40  Q: Okay, alright. And do you have any other questions Detective?
41
42  DET. HAGEMAN:
43
44  Q: Unt um.
45

Page 26 of 26
Statement of Williams, Adriane(03-13-2015)
Case No. SX-13-1608

1   DET. ENT:
2
3   Q:  Uh, ADRIANE, has everything you told us today been the truth to the best of what you
4   recall?
5
6   A:  Yes.
7
8   Q:  Okay, is there anything that we're leaving out that we're not asking you or that you feel is
9   important to the investigation?
10
11  A:  No.  Unt um.
12
13  Q:  Okay, alright.
14
15  DET. HAGEMAN:
16
17  Q:  We'll be with you in a minute.
18
19  A:  Okay.  Bye, thank you.
20
21  I have reviewed and/or corrected the contents of this statement and certify that it is
22  accurate.
23
24
25
26  (Signature) _____          _____
27
28                                                (Date)
29
30
31
32
33
34