# Exhibit H

# CRIMINAL DIVISION COURT MINUTE    SBI#

**DATE:** 9-27-16    **SYSTEM #:** _____    **DEFT #:** _____

**STATE v.** Kevin Smith

**IND/ACC #:** 15-05-523-I    **OFFENSE:** _____

**JUDGE:** Delehey    **DEFENSE ATTY:** J. Gottschalk

**PROSECUTOR:** S. Eife    **COURT SMART/(REPORTER):** K. _____

| EVENT | | | SCHEDULED EVENT | | SCHEDULED DATE |
|---|---|---|---|---|---|
| 1ST APPEARANCE | | COMPLETED (circled) | 1ST APPEARANCE | | |
| ARRAIGNMENT | | | ARRAIGNMENT | | |
| ICDC  FCDC  DCDC | | | ICDC  FCDC  DCDC | | |
| PRETRIAL CONF | | NOT HELD 506 | PRETRIAL CONF | | SCHEDULED TIME |
| TRIAL | | | TRIAL | | |
| BAIL HEARING | | | BAIL HEARING | | |
| SENTENCING | | POSTPONED | SENTENCING | | |
| VOP | | | VOP | | |
| MOTION | | REASON | MOTION | | JUDGE |
| OTHER Dismissal | X | | OTHER | | |

**PLEA:** ☐ NOT GUILTY    ☐ GUILTY TO:

**BENCH WARRANT:** ☐ ISSUED    ☐ RESCINDED    TIME ____ ☐ AM ☐ PM

**BAIL:** ☐ SET   ☐ REDUCED   ☐ CONTINUED   ☒ DISCHARGED
Amount $ ____          ☐ FORFEITED    ☐ REINSTATED

**EXTRADITION:** ☐ WILL NOT WAIVE    ☐ WILL WAIVE – STATE

**PTI TERMINATION:** ☐ TERMINATED   ☐ CONTINUED IN PTI   ☐ PTI COMPLETED

**PTI APPEAL:** ☐ DENIED   ☐ GRANTED PTI   ☐ REMANDED CCMO FOR RECONSIDERATION

**SENTENCE  COUNT:** ____    ☐ EX-OFFICIO

| PROBATION | Y | BCJ | DAYS | STATE PRISON | Y |
|---|---|---|---|---|---|
| ADTC | Y | CREDIT | GAP | PAROLE INELIG | |
| COMM. SVC. | HRS | FINE $ | | VCCA $ | |
| SAFE $ | | LETF $ | CTC $ | SUPER. FEE $ | P/M |
| AUTO $ | | DEDR $ | LAB $ | TRANS FEE$ | |
| SCVTF $ | | SANE $ | SOSF $ | DL SUSP | |

**RESTITUTION $** ____
**DISMISSALS:** 15-05-523-I
☐ CONCURRENT    ☐ CONSECUTIVE TO:
**WAIVER OF APPEAL ( )   MUST PROVIDE DNA ( )   ADVISED OF RIGHTS ( )   OTHER:**

Court grants Pros Motion to dismiss
Indictment dismissed in its entirety.

Court orders defendant's immediate release

**AGGRAVATING #**    **MITIGATING #**

(RETURN TO BCJ) OTHER:    **COURT CLERK**

Revised 05/16

# Judgment of Dismissal

## Superior Court of New Jersey, BURLINGTON County

**State of New Jersey** v.

| Last Name | First Name | Middle Name |
|---|---|---|
| SMITH | KEVIN | |

**Also Known As**

| Date of Birth | SBI Number | Date(s) of Offense |
|---|---|---|
| 08/16/1971 | | 09/11/2013 |

| Date of Arrest | PROMIS Number | Date Ind / Acc / Complt Filed | Original Plea | Date of Original Plea |
|---|---|---|---|---|
| | 14 002791-003 | 05/05/2015 | ☑ Not Guilty  ☐ Guilty | 05/18/2015 |

**Adjudication By**: ☐ Guilty Plea  ☐ Jury Trial Verdict  ☐ Non-Jury Trial Verdict  ☑ Dismissed / Acquitted   Date: 09/27/2016

### Original Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 15-05-00523-I | 1 | KIDNAPPING-FACILITATE CRIME/FLIGHT | 2C:13-1B(1) | 1 |
| | | KIDNAPPING-BODILY INJURY OR TERRORIZE VIC/ANOTHER | 2C:13-1B(2) | |
| 15-05-00523-I | 2 | KIDNAPPING-FACILITATE CRIME/FLIGHT | 2C:13-1B(1) | 1 |
| | | KIDNAPPING-BODILY INJURY OR TERRORIZE VIC/ANOTHER | 2C:13-1B(2) | |
| 15-05-00523-I | 3 | KIDNAPPING-FACILITATE CRIME/FLIGHT | 2C:13-1B(1) | 1 |
| | | KIDNAPPING-BODILY INJURY OR TERRORIZE VIC/ANOTHER | 2C:13-1B(2) | |
| 15-05-00523-I (Cont...) | 4 | ROBBERY-INFLICTS BI OR USES FORCE - ARMED | 2C:15-1A(1) | 1 |

### Final Charges

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| | | | | |

### Sentencing Statement

It is, therefore, on _____ ORDERED and ADJUDGED that the defendant is sentenced as follows:
Indictment 15-05-523-I is dismissed in its entirety as to defendant, Kevin Smith.

☐ It is further ORDERED that the sheriff deliver the defendant to the appropriate correctional authority.

| Total Custodial Term | Institution Name | Total Probation Term |
|---|---|---|
| 000 Years 00 Months 000 Days | | 00 Years 00 Months |

New Jersey Judiciary, Revised Form Effective August 1, 2016, Promulgated July 22, 2016 by Supplement to Directive #4-12, CN: 10070
Copies to: County Probation Division   Defendant   Defense Counsel   Prosecutor   State Parole Board   Dept of Corrections or County Penal Institution   Juvenile Justice Commission
page 1 of 4

State of New Jersey v.
SMITH, KEVIN

S.B.I. # _____   Ind / Acc / Complt # 15-05-00523-1

## DEDR (N.J.S.A. 2C:35-15 and 2C:35-5.11)

A mandatory Drug Enforcement and Demand Reduction (DEDR) penalty is imposed for each count. (Write in number of counts for each degree.)

☐ DEDR penalty reduction granted (N.J.S.A. 2C:35-15a(2))

| | Standard | Doubled |
|---|---|---|
| 1st Degree | ___ @ $ ___ | ___ @ $ ___ |
| 2nd Degree | ___ @ $ ___ | ___ @ $ ___ |
| 3rd Degree | ___ @ $ ___ | ___ @ $ ___ |
| 4th Degree | ___ @ $ ___ | ___ @ $ ___ |
| DP or Petty DP | ___ @ $ ___ | ___ @ $ ___ |

Total DEDR Penalty $ ___

☐ The court further ORDERS that collection of the DEDR penalty be suspended upon defendant's entry into a residential drug program for the term of the program. (N.J.S.A. 2C:35-15e)

Forensic Laboratory Fee (N.J.S.A. 2C:35-20)
Offenses @ $ ___
Total Lab Fee $ ___

## VCCO Assessment (N.J.S.A. 2C:43-3.1)

| Counts | Number | Amount |
|---|---|---|
| ___ | ___ @ | $50.00 |
| ___ | ___ @ | $ ___ |
| ___ | ___ @ | $ ___ |
| ___ | ___ @ | $ ___ |

Total VCCO Assessment $ ___

## Vehicle Theft / Unlawful Taking Penalty (N.J.S.A. 2C:20-2.1)

| Offense | Mandatory Penalty |
|---|---|
| | $ ___ |

## Offense Based Penalties

| Penalty | Amount |
|---|---|
| | $ ___ |

## Other Fees and Penalties

Law Enforcement Officers Training and Equipment Fund Penalty (N.J.S.A. 2C:43-3.3)
☐ $ ___

Safe Neighborhood Services Fund Assessment (N.J.S.A. 2C:43-3.2)
☐ ___ Offenses @ $ ___
Total: $ ___

Probation Supervision Fee (N.J.S.A. 2C:45-1d)
☐ $ ___

Statewide Sexual Assault Nurse Examiner Program Penalty (N.J.S.A. 2C:43-3.6)
☐ ___ Offenses @ $ ___
Total $ ___

Transaction Fee (N.J.S.A. 2C:46-1.1)
☐

Domestic Violence Offender Surcharge (N.J.S.A. 2C:25-29.4)
☐ $ ___

Certain Sexual Offenders Surcharge (N.J.S.A. 2C:43-3.7)
☐ $ ___

Fine
$ ___

Sex Crime Victim Treatment Fund Penalty (N.J.S.A. 2C:14-10)
☐ $ ___

Restitution   Joint & Several
$ ___   ☐
Total Financial Obligation
$ ___

Details

## Additional Conditions

☐ The defendant is hereby ordered to provide a DNA sample and ordered to pay the costs for testing of the sample provided (N.J.S.A. 53:1-20.20 and N.J.S.A. 53:1-20.29).

☐ The defendant is hereby sentenced to community supervision for life (CSL) if offense occurred before 1/14/04 (N.J.S.A. 2C:43-6.4)

☐ The defendant is hereby sentenced to parole supervision for life (PSL) if offense occurred on or after 1/14/04 (N.J.S.A. 2C:43-6.4).

☐ The defendant is hereby ordered to serve a ___ year term of parole supervision, pursuant to the No Early Release Act (NERA), which term shall begin as soon as the defendant completes the sentence of incarceration (N.J.S.A. 2C:43-7.2).

☐ The court imposes a Drug Offender Restraining Order (DORO) (N.J.S.A. 2C:35-5.7h). DORO expires ___

☐ The court continues/imposes a Sex Offender Restraining Order (SORO) if the offense occurred on or after 8/7/07 (Nicole's Law N.J.S.A. 2C:14-12 or N.J.S.A. 2C:44-8).

☐ The court imposes a Stalking Restraining Order (N.J.S.A. 2C:12-10.1).

## Findings Per N.J.S.A. 2C:47-3

☐ The court finds that the defendant's conduct was characterized by a pattern of repetitive and compulsive behavior.

☐ The court finds that the defendant is amenable to sex offender treatment.

☐ The court finds that the defendant is willing to participate in sex offender treatment.

## License Suspension

☐ CDS / Paraphernalia (N.J.S.A. 2C:35-16)   ☐ Waived

☐ Auto Theft / Unlawful Taking (N.J.S.A. 2C:20-2.1)

☐ Eluding (N.J.S.A 2C:29-2)

☐ Other

Number of Months ___   ☐ Non-resident driving privileges revoked

Start Date ___   End Date ___

Details

Driver's License Number ___   Jurisdiction ___

If the court is unable to collect the license, complete the following:
Defendant's Address

City ___   State ___   Zip ___

Date of Birth ___   Sex ☐ M ☐ F   Eye Color ___

New Jersey Judiciary, Revised Form Effective August 1, 2016, Promulgated July 22, 2016 by Supplement to Directive #4-12, CN: 10070
Copies to: County Probation Division   Defendant   Defense Counsel   Prosecutor   State Parole Board   Dept of Corrections or County Penal Institution   Juvenile Justice Commission
page 2 of 4

State of New Jersey v.
SMITH, KEVIN                                                                    S.B.I. # _____    Ind / Acc / Complt # 15-05-00523-I

## Time Credits

| Time Spent in Custody<br>R. 3:21-8<br>Date: From - To | Gap Time Spent in Custody<br>N.J.S.A. 2C:44-5b(2)<br>Date: From - To | Prior Service Credit<br>Date: From - To |
|---|---|---|
| - <br> - <br> - <br> - <br> - <br> - <br> - <br>Total Number of Days _____ | - <br> - <br> - <br>Total Number of Days _____<br>**Rosado Time**<br>Date: From - To<br> - <br> - <br> - <br>Total Number of Days _____ | - <br> - <br> - <br> - <br> - <br> - <br> - <br>Total Number of Days _____ |

## Statement of Reasons - Include all applicable aggravating and mitigating factors

| Form Prepared By<br>LAURA ROCHE | Preparer Telephone Number<br>(609) 518-2712 |
|---|---|
| Attorney for Defendant at Sentencing<br>JENNIFER L GOTTSCHALK | Public Defender<br>☐ Yes  ☑ No |
| Prosecutor at Sentencing<br>STEVEN EIFE | Deputy Attorney General<br>☐ Yes  ☑ No |
| Judge at Sentencing<br>CHARLES DELEHEY, J.S.C. | |
| Judge (Signature)  *[signed] Charles H. Delehey* | Date  9/27/16 |

New Jersey Judiciary, Revised Form Effective August 1, 2016, Promulgated July 22, 2016 by Supplement to Directive #4-12, CN: 10070                                      page 3 of 4
Copies to:  County Probation Division   Defendant   Defense Counsel   Prosecutor   State Parole Board   Dept of Corrections or County Penal Institution   Juvenile Justice Commission

**State of New Jersey v.**
**SMITH, KEVIN**                                    S.B.I. # _____    Ind / Acc / Complt # 15-05-00523-I

## Continuation

ORIGINAL CHARGES (Cont.)

| Ind / Acc / Complt | Count | Description | Statute | Degree |
|---|---|---|---|---|
| 15-05-00523-I | 5 | BURGLARY-ENTERING STRUCTURE ETC-INFLICT/ATTMPT BI/ARMED | 2C:18-2A(1) | 2 |
| 15-05-00523-I | 6 | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | 2C:12-1B(1) | 2 |
| 15-05-00523-I | 7 | AGG SEX ASSAULT-DURING ROBBERY/KIDNAP/HOMICIDE/ETC. | 2C:14-2A(3) | 1 |
| 15-05-00523-I | 8 | AGG SEX ASSAULT-DURING ROBBERY/KIDNAP/HOMICIDE/ETC. | 2C:14-2A(3) | 1 |
| 15-05-00523-I | 9 | POSS OF WEAPON FOR UNLAWFUL PURPOSE-FIREARM-ANYONE | 2C:39-4A(1) | 2 |
| 15-05-00523-I | 10 | UNLAWFUL POSS WEAPON-HANDGUNS WITHOUT PERMIT | 2C:39-5B(1) | 2 |
| 15-05-00523-I | 11 | CERT PERSON NOT TO HAVE WEAP PRIOR CONV 2C:16-1, ETC. | 2C:39-7B(1) | 2 |

New Jersey Judiciary, Revised Form Effective August 1, 2016, Promulgated July 22, 2016 by Supplement to Directive #4-12, CN: 10070
Copies to: County Probation Division   Defendant   Defense Counsel   Prosecutor   State Parole Board   Dept of Corrections or County Penal Institution   Juvenile Justice Commission
page 4 of 4