GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. Box 116
Trenton, New Jersey 08625
Attorney for Defendants,
Burlington County Prosecutor's Office;
Karen Denelsbeck; Michael Wiltsey; Michael Sperry;
David Kohler; Robert Hageman; Steve Craig; Michael
Reagan; Tim Horne; Todd Fischer; and Joseph Cordoma

By: Michael R. Sarno
    Deputy Attorney General
    609-376-2790
    Michael.Sarno@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| KEVIN SMITH,<br><br>　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, THE STATE OF NEW JERSEY, BURLINGTON COUNTY, BURLINGTON TOWNSHIP, UNITED STATES MARSHAL SERVICES, BURLINGTON TOWNSHIP POLICE DEPARTMENT, BURLINGTON COUNTY PROSECUTOR'S OFFICE, NEW JERSEY STATE POLICE, BURLINGTON COUNTY DETENTION CENTER, ASSISTANT PROSECUTOR STEVEN J. EIFE, | Civil Action No. 1:18-CV-05088-JBS-KMW<br><br>**SUBSTITUTION OF ATTORNEY** |

| |
|---|
| DETECTIVE KAREN DENELSBECK, DETECTIVE ROBERSON, DETECTIVE MICHAEL WILTSEY, DETECTIVE M. SPERRY, DETECTIVE D. KOHLER, DETECTIVE J. CORDONMA, DETECTIVE R. HAGEMAN, DETECTIVE DAVE BRINTZINGHOFFER, DETECTIVE C. ENT, DETECTIVE S. CRAIG, DETECTIVE REGAN, PATROLMAN FENIMORE, SGT. SULLIVAN, DETECTIVE MARCH CARNIVALE, UNITED STATES MARSHAL AGENT/DETECTIVE GORLIN, AGENT TODD FISCHER, PO WORRELL, TROOPER THECKSON, and JOHN/JANE DOE NOS. 1 THROUGH 10, being unknown employees of the United States of America, State of New Jersey, County of Burlington, and Burlington Township in their individual and official capactiies, who were involved in the investigation, prosecution and detention at issue, |
| Defendants. |

The Office of the New Jersey Attorney General, by Deputy Attorney General, Michael R. Sarno, hereby enters an appearance as Counsel on behalf of Defendants, Burlington County Prosecutor's Office; Karen Denelsbeck; Michael Wiltsey; Michael Sperry; David Kohler; Robert Hageman: Steve Craig; Michael Reagan; Tim Horne; Todd Fischer; and Joseph Cordoma, in the above-referenced matter. The undersigned

hereby consent to the substitution of Michael R. Sarno as attorney for the above Defendants in this matter.

| CAPEHART SCATCHARD | GURBIR S. GREWAL<br>ATTORNEY GENERAL OF NEW JERSEY |
|---|---|
| /s/ *Michelle L. Corea* | /s/ *Michael R. Sarno* |
| Michelle L. Corea, Esq.<br>Withdrawing Attorney | Michael R. Sarno<br>Deputy Attorney General<br>Superseding Attorney |

Date: August 2, 2018