UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------------X

KEVIN SMITH,
                Plaintiff,

    -- against --                             MOTION
                                                      Docket # 1:18-cv-05088-JBS-KMW

BURLINGTON COUNTY et al,

                             Defendants.

-----------------------------------------------------------------------------X

      COMES NOW the Petitioner, Kevin Smith, by and through his attorney of record, Justin Bonus, and, here by files his request for an extension of time to serve United States Marshal Shawn Gorlin pursuant to FRCP 4(m).  Good cause for this extension has been met through this office's several attempts to serve Agent Gorlin at the United States Marshals Offices in Newark and Trenton

      WHEREFORE, the Mr. Smith prays for a Court to extend his time to serve Agent Gorlin as required under FRCP 4.

Dated:  FOREST HILLS, NY
September 24, 2018

                                                   Respectfully Submitted,

                                                  JUSTIN C. BONUS, ESQ.,
                                                  ATTORNEY AT LAW

                                                  /s/ Justin Bonus
                                                  JUSTIN BONUS, ESQ.
                                                  Attorney for Kevin Smith
                                                  118-35 Queens Blvd, Suite 400
                                                  Forest Hills, NY 11375
                                                  (347) 920-0160

Justin.bonus@gmail.com

<u>VIA ECF</u>
Michelle L. Corea
Capehart and Scatchard, P.A.
Laurel Corporate Center
8000 Midlantic Dr.
Suite 300
Mt. laurel, NJ 08054


John L. Slimm
Marshall, Dennehey, Warner, Coleman & Goggin, PC
15000 Midlantic Dr., Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054


Michael Sarno
Office of the Attorney General