[Dkt. Nos. 24 and 27]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| KEVIN SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>BURLINGTON COUNTY, et al.,<br><br>    Defendants. | Civil No. 18-5088-JBS-KMW |

**ORDER**

  This matter comes before the Court as a result of correspondence dated January 4, 2019 [Dkt. No. 24] and January 27, 2019 [Dkt. No. 27] from Justin C. Bonus, Esquire, seeking an extension of time to serve Defendant Marshal Shawn Gorlin; and for good cause shown:

  IT IS this **8th** day of **February, 2019,** hereby,

**ORDERED** that Plaintiff's requests are **DENIED** without prejudice, as Plaintiff has not complied with the requirements set forth in Local Civil Rule 7.1.  Plaintiff's "motions" do not include an attached proposed order as required by Local Civil Rule 7.1(e), which requires that "[a]ll filed motions shall have annexed thereto a proposed order."  Moreover, as set forth in Assistant U.S. Attorney Anne B. Taylor's February 6, 2019 Letter, [Dkt. No. 32], Plaintiff failed to complete service in accordance with Fed. R. Civ. P.

4(i)(1)-(3).  Plaintiff is again encouraged to review the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, as well as the Federal Rules of Civil Procedure. And it is further **ORDERED** that pursuant to Fed. R. Civ. P. 4(i)(4), Plaintiff may file another motion seeking an extension of time to serve Defendant Marshal Shawn Gorlin, however, Plaintiff must comport with the Rules—for further guidance Plaintiff is encouraged to review Ms. Taylor's Letter.

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Jerome B. Simandle