# TAYLOR DECLARATION
# EXHIBIT A

**Label 1 (EL 646944440 US):**

FROM: Justin Bonus, Esq.
PHONE: (347) 920-0160
118-35 Queens Blvd, Suite 400
Forest Hills, NJ 11375

TO: Attorney General
US Dept of Justice
950 Pennsylvania Ave NW
Washington, D.C.
ZIP + 4: 20530-0001

USPS Priority Mail Express — Chinatown Sta, New York
PO ZIP Code: 10013
Date Accepted: 12-20-16
Time Accepted: 5:17 PM
Scheduled Delivery Date: 12-21-16
Scheduled Delivery Time: 12 NOON
Postage: $22.95
Weight: 2 lbs 70 ozs (Flat Rate)
Total Postage & Fees: $22.95
$100.00 insurance included.

**Label 2 (EL 646944453 US):**

FROM: Justin Bonus, Esq.
PHONE: (347) 920-0160
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375

TO: Solicitor General
950 Pennsylvania Ave, NW
Washington, D.C.
ZIP + 4: 20530

USPS Priority Mail Express — Chinatown Sta, NY 10013-9991
PO ZIP Code: 10013
Date Accepted: 12-20-16
Time Accepted: 5:16 PM
Scheduled Delivery Date: 12-21-16
Scheduled Delivery Time: 12 NOON
Postage: $22.95
Weight: 2 lbs 70 ozs (Flat Rate)
Total Postage & Fees: $22.95
$100.00 insurance included.

English        Customer Service        USPS Mobile                                   Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** EL646944440US

**Scheduled Delivery Day:** Wednesday, December 21, 2016, 12:00 pm
**Money Back Guarantee**
**Signed for By:** A PRANDY // WASHINGTON, DC 20530 // 5:22 am

## Product & Tracking Information

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
Insured                                       PO to Addressee
Up to $100 insurance included
Restrictions Apply

## Available Actions

**Proof of Delivery**

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 22, 2016 , 5:22 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:22 am on December 22, 2016 in WASHINGTON, DC 20530 to JUSTICE 20530. The item was signed for by A PRANDY.

| | | |
|---|---|---|
| December 21, 2016 , 12:59 pm | Available for Pickup | WASHINGTON, DC 20530 |
| December 21, 2016 , 12:52 pm | Arrived at Post Office | WASHINGTON, DC 20018 |
| December 21, 2016 , 4:50 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| December 20, 2016 , 6:25 pm | Departed Post Office | NEW YORK, NY 10013 |
| December 20, 2016 , 5:14 pm | Acceptance | NEW YORK, NY 10013 |

## Track Another Package

Tracking (or receipt) number

[                                    ] [ Track It ]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



English   Customer Service   USPS Mobile                                    Register / Sign In



# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** EL646944453US

**Scheduled Delivery Day:** Wednesday, December 21, 2016, 12:00 pm
Money Back Guarantee
**Signed for By:** A PRANDY // WASHINGTON, DC 20530 // 5:22 am

## Product & Tracking Information

**Postal Product:**          **Features:**
Priority Mail Express 1-Day™  Insured                          PO to Addressee
                             Up to $100 insurance included
                             Restrictions Apply

## Available Actions

**Proof of Delivery**

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 22, 2016, 5:22 am | Delivered | WASHINGTON, DC 20530 |

Your item was delivered at 5:22 am on December 22, 2016 in WASHINGTON, DC 20530 to JUSTICE 20530. The item was signed for by A PRANDY.

| December 21, 2016, 12:59 pm | Available for Pickup | WASHINGTON, DC 20530 |
| December 21, 2016, 12:52 pm | Arrived at Post Office | WASHINGTON, DC 20018 |
| December 21, 2016, 4:49 am | Arrived at USPS Destination Facility | WASHINGTON, DC 20066 |
| December 20, 2016, 6:25 pm | Departed Post Office | NEW YORK, NY 10013 |
| December 20, 2016, 5:14 pm | Acceptance | NEW YORK, NY 10013 |

## Track Another Package

Tracking (or receipt) number

[                                      ]  [Track It]

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# TAYLOR DECLARATION
# EXHIBIT B

# NOTICE OF CLAIM

X------------------------------------------------------------------------------------------------X

In the Matter of the Claim of

KEVIN SMITH

- against -

UNITED STATES OF AMERICA, THE STATE OF NEW JERSEY, BURLINGTON COUNTY, BURLINGTON TOWNSHIP, UNITED STATES MARSHAL SERVICES, BURLINGTON TOWNSHIP POLICE DEPARTMENT, BURLINGTON COUNTY PROSECUTOR'S OFFICE, NEW JERSEY STATE POLICE, BURLINGTON COUNTY DETENTION CENTER, ASSISTANT PROSECUTOR STEVEN J. EIFE, DETECTIVE KAREN DENELSBECK, DECTIVE ROBERSON, DETECTIVE MICHAEL WILTSEY, DETECTIVE M. SPERRY, DECTECTIVE D. KOHLER, DETECTIVE J. CORDOMA, DETECITVE R. HAGEMAN, DETECTIVE DAVE BRINTZINGHOFFER, DETECTIVE C. ENT, DETECTIVE S. CRAIG, DETECITVE REGAN, PATROLMAN FENIMORE, SGT. SULLIVAN, DETECTIVE MARC CARNIVALE, UNITED STATES MARSHAL AGENT/DETECTIVE GORLIN, AGENT TODD FISCHER, PO WORRELL, TROOPER THECKSON, and JOHN/JANE DOE NOS. 1 THROUGH 10, being unknown employees of the United States of America, State of New Jersey, County of Burlington, and Burlington Township in their individual and official capacities, who were involved in the investigation, prosecution and detention at issue.

X------------------------------------------------------------------------------------------------X

TO: Loretta Lynch
      Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      Ian Gershengorn
      Acting Solicitor General
      Office of the Solicitor General
      950 Pennsylvania Ave., NW
      Washington, D.C. 20530-0001

Tort and Contract Unit
Department of the Treasury
Bureau Of Risk Management
PO Box 620
Trenton, NJ 08625

Kendall J. Collins,
Burlington County Solicitor
49 Rancocas Road
PO Box 6000
Mount Holly, NJ 08060

Walter J. Corter
Burlington Township Administrator
851 Old York Road
Burlington, NJ 08016

**PLEASE TAKE NOTICE** that the undersigned claimant hereby makes claim

and demands against you as follows:

**1.      Name and post office address of each claimant and the claimant's attorneys:**

ATTORNEY FILING CLAIM:
Justin Bonus, Esq.
Registration Number: 018962011
Address: 118-35 Queens Blvd, Suite 400
         Forest Hills, NY 11375
Phone: 347.920.0160
Fax: 888.237.8686
Email: Justin.Bonus@gmail.com


CLAIMANT INFORMATION:
Name: Kevin Smith
Address: REDACTED

Birthdate:

**2.      Nate of the Claim:**

Deprivation of civil rights under color of law (42 U.S.C. § 1983) in violation of

the Fourth, Fifth, Sixth, Eighth, Ninth and Fourteenth Amendments to the United States

Constitution; deprivation of civil rights under color of law pursuant to municipal policy, practice and/or custom (42 U.S.C. § 1983 and *Monell v. Dep't of Social Servs.*, 436 U.S. 658 (1978)) in violation of the aforesaid amendments; conspiracy to interfere with civil rights under color of law (42 U.S.C. § 1985) in violation of the Fourth, Fifth, Sixth, Ninth and Fourteenth Amendments to the United States Constitution; deprivation under color of law of rights guaranteed by the Constitution of the State of New Jersey; false arrest; speedy trial violations; false imprisonment; malicious prosecution; negligence; intentional infliction of emotional distress; prima facie tort; abuse of process; negligent hiring; negligent training; negligent supervision; failure to investigate; failure to timely and properly respond to misconduct; misrepresentation; failure to timely and properly exercise prosecutorial functions and independent judgment. It is alleged that the employees of the State of New Jersey, Burlington County and Burlington Township conspired to interfere with the civil rights of the claimant when they arrested, prosecuted and detained claimant for over two years without probable cause. Mr. SMITH was detained in dangerous and deplorable conditions within the Burlington County Detention Center. The aforesaid causes of action arise from the unlawful arrest, imprisonment and abuse of criminal process of claimant KEVIN SMITH for the charges stemming from a home invasion, robbery and sexual assault that occurred on September 11, 2013. Mr. SMITH's arrest, prosecution and detention was effectuated without probable cause and was the result of the willful, intentional, malicious, reckless, negligent, and/or deliberate indifference of the State of New Jersey, Burlington County, Burlington Township, Burlington County Prosecutor's Office, Burlington Township Police Department, Burlington County Detention Center, New Jersey State Police, and their employees,

agents and/or servants, particularly including, but not limited to, DETECTIVE KAREN DENELSBECK, DECTIVE ROBERSON, DETECTIVE MICHAEL WILTSEY, DETECTIVE M. SPERRY, DECTECTIVE D. KOHLER, DETECTIVE J. CORDOMA, DETECITVE R. HAGEMAN, DETECTIVE DAVE BRINTZINGHOFFER, DETECTIVE C. ENT, DETECTIVE S. CRAIG, DETECITVE REGAN, PATROLMAN FENIMORE, SGT. SULLIVAN, DETECTIVE MARC CARNIVALE, AGENT TODD FISCHER, PO WORRELL, TROOPER THECKSON,. The aforesaid deprivations, breaches, torts and violations are continuous from the date of arrest on September 5, 2014 through September 27, 2016.

**3.     The time when, the place where and the manner in which the claim arose:**

On September 11, 2013, Thomas Wallace, Tatiana Johnson and Sheron Wilson were robbed, beaten and sexually assaulted by three men at 31 Larkin Road in Burlington Township, New Jersey. In the course of the investigation, a man named Michael Robinson was identified as a perpetrator of the crimes alleged through DNA found on a bottle at the crime scene. Along with Mr. Robinson, Adriane Williams also became a suspect. Ms. Williams was Mr. Robinson's girlfriend at the time. The two also lived together in Binghamton, New York.

In the investigation of Robinson and Williams, members of law enforcement received cellular phone records. One number specifically called Robinson and Williams numerous times at the time of the crime. A record check indicated that the phone number was connected to a person named Kevin Smith. Police officers then searched Facebook and found a person they believed was the same Kevin Smith. This Kevin Smith lived in Brooklyn, New York. The individual found on Facebook matched the description given

to the police, as the man had dreads. Notably, in the application for a search warrant provided to Mr. SMITH during discovery, the address and Social Security number that the records check indicated was connected to the cell phone number in question was not that of Mr. SMITH'S. Law enforcement then retrieved cell phone records from Cingular Wireless for a Kevin Smith and determined that his phone records placed him in the vicinity of the crime on the dated in question. Members of law enforcement and the prosecutor's office made not attempt to corroborate or check for the accuracy of these records before they made an arrest.

Mr. SMITH was arrested on September 5, 2014, at his address in Brooklyn, New York. Notably, other than Facebook, the investigating officers used no other means to confirm that they were arresting the correct Kevin Smith (Kevin Smith is an incredibly common name). The police and prosecutor's office failed to conduct police sponsored identification procedures with any of the victims as a means to make sure that they arrested the correct Kevin Smith. Furthermore, for close to two years, Mr. SMITH continually requested his subscriber information with respect to his cell phone records from the Burlington County Prosecutor's Office. The Prosecutor's Office failed to turn the records over continually. **The investigating police officers and Prosecutor's Office, over the course of two years, failed to confirm that they arrested the correct Kevin Smith**.

On September 27, 2016, over two years after Mr. SMITH's arrest, the charges were dismissed by the Burlington County Prosecutor's Office based upon the lack of evidence to support the prosecution of Mr. SMITH. It should be noted that the

prosecution never provided any cell phone subscriber information that proved that Mr. SMITH was the cell phone subscriber connected to the phone number in question.

4.      **The damages sustained by claimant, in information and belief are:** The claimant suffered from wrongful and unconstitutional loss of liberty for two years, lack of due process leading to over two years of wrongful criminal proceedings, interference with familial relationships, and all damages that are associated with such loss and interference of the aforementioned rights, including, but not limited to, severe mental anguish, emotional distress, humiliation, indignities, embarrassment, economic and monetary loss, degradation and injury to reputation as well as loss of enjoyment of life.

Said claims and demands are hereby presented for adjustment and payment. You are hereby notified that unless they are adjusted and paid within the time provided by law form the date of presentation to you, the claimants intend to commence an actions in these claims. Claim is made for personal injuries and financial losses for TEN MILLION ($10,000,000) DOLLARS on behalf of claimant KEVIN SMITH.

Dated: December 30, 2016

Respectfully Submitted,

By: _____
Justin Bonus, Esq.
118-35 Queens Blvd, Suite 400
Forest Hills, NY 11375
Tel: (347) 920-0160
*Attorney for Claimant*

Dated: 12/20/16
State of New York
County of Kings

I, __Kevin Smith__, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of Claimant: __Kevin Smith__

Sworn before me this day: 20th of DECEMBER, 2016

Notary

ANTOINETTE G. MEGA
Notary Public, State of New York
Reg. No. 01ME6260005
Qualified in Westchester County
My Commission Expires April 16, 2020

# TAYLOR DECLARATION
# EXHIBIT C

CRAIG CARPENITO  
United States Attorney  
ANNE B. TAYLOR  
Assistant U.S. Attorney  
401 Market Street, 4th Floor  
P.O. Box 2098  
Camden, NJ  08101  
Attorneys for the United States of America

Document Electronically Filed

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH,<br><br>           Plaintiff,<br><br>    v.<br><br>BURLINGTON COUNTY, et al.,<br><br>           Defendants. | : <br>: <br>: HONORABLE JEROME B. SIMANDLE<br>: HONORABLE KAREN M. WILLIAMS<br>: <br>: Civil Action No. 18-5088 (JBS) (KMW)<br>: <br>: <br>: **CERTIFICATION OF SCOPE**<br>: <br>: |

I, J. Andrew Ruymann, Chief, Civil Division, United States Attorney's Office for the District of New Jersey, acting pursuant to the provisions of 28 U.S.C. § 2679, as amended by Public Law 100-694, and by virtue of the authority vested in me by 28 C.F.R. § 15.4, certify that I have read the Amended Complaint in this action and all attachments thereto.  On the basis of the information now available with respect to the allegations therein, I find that Defendant Shawn Gorlin was serving as a Task Force Officer with the United States Marshals Service's New York/New Jersey Regional Fugitive Task Force (NY/NJRFTF), a regional task force consisting of federal, state, and local officers working in concert to arrest violent federal, state, and local fugitives wanted on federal, state, and local warrants.  In that capacity, he

was federally-deputized as a Special Deputy United States Marshal (SpDUSM) and, as such, is deemed a federal employee. As a SpDUSM with the United States Marshals Service's NY/NJRFTF, TFO Gorlin was acting under his authority as a SpDUSM and in furtherance of the operations of the NY/NJRFTF, and under the direction, control, and supervision of the United States Marshals Service. *See, e.g.*, 34 U.S.C. 41503 (establishing permanent Fugitive Apprehension Task Forces composed of federal, state, and local law enforcement authorities operating under the direction and coordination of the United States Marshals Service, for the purpose of locating and apprehending fugitives). Consequently, I find that TFO Gorlin was acting within the scope of his employment as a deemed employee of the United States at the time of the conduct alleged in the Amended Complaint.

                CRAIG CARPENITO
                United States Attorney

                s/ J. Andrew Ruymann
By:  _____
                J. ANDREW RUYMANN
                Chief, Civil Division

Dated: April 10, 2019