UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH, | : |
| Plaintiff, | : HONORABLE JEROME B. SIMANDLE |
| v. | : Civil Action No. 18-5088 (JBS) (KMW) |
| BURLINGTON COUNTY, et al., | : ORDER |
| Defendants. | : |

This matter having come before the Court on the Motion of Craig Carpenito, the United States Attorney for the District of New Jersey, by Anne B. Taylor, Assistant United States Attorney, appearing on behalf of Federal Defendants TFO Shawn Gorlin, the United States Marshals Service, and the United States of America, seeking an Order dismissing the Complaint in its entirety as to the Federal Defendants; and the Court having considered the moving papers and any opposition papers submitted thereto; and this matter being decided pursuant to Fed. R. Civ. P. 78; and for good cause shown;

IT IS on this ___ day of _____, 2019;

ORDERED that the motion to dismiss on behalf of Federal Defendants TFO Shawn Gorlin, the United States Marshals Service, and the United States of America is GRANTED; and it is further

ORDERED that the Complaint is hereby dismissed in its entirety as to the Federal Defendants.

_____
JEROME B. SIMANDLE, U.S.D.J.

At Camden, New Jersey