| | |
|---|---|
| CRAIG CARPENITO<br>United States Attorney<br>BY: ANNE B. TAYLOR<br>Assistant U.S. Attorney<br>401 Market Street<br>P.O. Box 2098<br>Camden, NJ 08101<br>(856) 757-5031<br>Attorneys for Federal Defendants | Document Electronically Filed |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BURLINGTON COUNTY, et al.,<br><br>　　　　　Defendants. | : HONORABLE JEROME B. SIMANDLE<br>: HONORABLE KAREN M. WILLIAMS<br>:<br>: Civil Action No. 18-5088 (JBS) (KMW)<br>:<br>: CERTIFICATE OF SERVICE |

I hereby certify that on April 15, 2019, I caused a copy of the Federal Defendants' Notice of Motion, Brief in Support, Declaration of Anne B. Taylor with attached exhibits, Proposed Form of Order and this Certificate of Service to be electronically filed via ECF, and I have electronically served these documents in accordance with the Court's electronic filing rules on:

　　Justin C. Bonus, Esq.
　　Justin C. Bonus Attorney at Law
　　118-35 Queens Blvd., Suite 400
　　Forest Hills, NY  11375
　　*Attorney for Plaintiff*

　　Evan H.C Crook, Esq.
　　Malamut and Associates, LLC
　　457 Haddonfield Road, Suite 500
　　Cherry Hill, NJ  08002
　　*Attorneys for Burlington County, Burlington Township, Burlington Township*
　　*Police Department, and Burlington County Prosecutors Office*

John L. Slimm, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin, PC
1500 Midlantic Dr., Suite 200
P.O. Box 5429
Mount Laurel, NJ  08054
*Attorneys for Burlington Township, Burlington Township Police Department, Det. Brandon Roberson, Patrolman Hreso, Det. Dave Brintzinghoffer, Det. Christopher Ent, Patrolman Robert Fenimore, Sgt. R. Sullivan, Det. Marc Carnivale, and Patrolman Worrell*

Michael Ralph Sarno, Esq.
Office of the Attorney General for New Jersey
Tort Litigation and Judiciary Section
25 Market Street
P.O. Box 116
Trenton, NJ  08625
*Attorneys for Burlington County Prosecutors Office, Det. Karen Denelsbeck, Det. Michael Wiltsey, Det. M. Sperry, Det. D. Kohler, Det. Joe Cordoma, Det. Robert Hageman, Det. S. Craig, Det. M. Regan, Agent Todd Fischer, and Det. Tim Horne*

              s/ *Anne B. Taylor*
              ANNE B. TAYLOR
              Assistant U.S. Attorney