CRAIG CARPENITO  
United States Attorney  
BY: ANNE B. TAYLOR  
Assistant U.S. Attorney  
401 Market Street  
P.O. Box 2098  
Camden, NJ 08101  
(856) 757-5031  
Attorneys for Respondent

Document Electronically Filed

UNITED STATES DISTRICT COURT  
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH, | : |
| | : HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | : HONORABLE KAREN M. WILLIAMS |
| | : |
| v. | : Civil Action No. 18-5088 (JBS) (KMW) |
| | : |
| BURLINGTON COUNTY, et al., | : **NOTICE OF MOTION** |
| | : |
| Defendants. | : Return Date: August 19, 2019 |

To:   CLERK OF THE COURT

Justin C. Bonus, Esq.  
Justin C. Bonus Attorney at Law  
118-35 Queens Blvd., Suite 400  
Forest Hills, NY  11375  
*Attorney for Plaintiff*

Evan H.C Crook, Esq.  
Malamut and Associates, LLC  
457 Haddonfield Road, Suite 500  
Cherry Hill, NJ  08002  
*Attorneys for Burlington County, Burlington Township, Burlington Township Police Department, and Burlington County Prosecutors Office*

John L. Slimm, Esq.  
Marshall, Dennehey, Warner, Coleman & Goggin, PC  
1500 Midlantic Dr., Suite 200  
P.O. Box 5429

Mount Laurel, NJ  08054
*Attorneys for Burlington Township, Burlington Township Police Department, Det. Brandon Roberson, Patrolman Hreso, Det. Dave Brintzinghoffer, Det. Christopher Ent, Patrolman Robert Fenimore, Sgt. R. Sullivan, Det. Marc Carnivale, and Patrolman Worrell*

Michael Ralph Sarno, Esq.
Office of the Attorney General for New Jersey
Tort Litigation and Judiciary Section
25 Market Street
P.O. Box 116
Trenton, NJ  08625
*Attorneys for Burlington County Prosecutors Office, Det. Karen Denelsbeck, Det. Michael Wiltsey, Det. M. Sperry, Det. D. Kohler, Det. Joe Cordoma, Det. Robert Hageman, Det. S. Craig, Det. M. Regan, Agent Todd Fischer, and Det. Tim Horne*

PLEASE TAKE NOTICE that on August 19, 2019, federal defendants TFO Shawn Gorlin, the United States Marshals Service, and the United States of America, by the undersigned attorneys, shall move under Federal Rule of Civil Procedure 26(c)(1)(A) before the Honorable Judge Karen M. Williams, United States Magistrate Judge, for entry of a Protective Order staying all discovery against the federal defendants until disposition of the pending motion to dismiss.

In support of this motion, federal defendants will rely upon: (1) the Amended Complaint, (2) the motion papers; (3) a brief, and (4) the certification of AUSA Anne B. Taylor.  A proposed form of order is also submitted with this notice.

                                          CRAIG CARPENITO
                                          United States Attorney

                                          s/ *Anne B. Taylor*
                                          By: ANNE B. TAYLOR
Date: July 26, 2019                       Assistant United States Attorney