UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN SMITH, | : |
| Plaintiff, | : HONORABLE KAREN M. WILLIAMS |
| v. | : Civil Action No. 18-5088 (JBS) (KMW) |
| BURLINGTON COUNTY, et al., | : ORDER |
| Defendants. | : |

This matter having come before the Court on the Motion of Craig Carpenito, the United States Attorney for the District of New Jersey, by Anne B. Taylor, Assistant United States Attorney, appearing on behalf of federal defendants TFO Shawn Gorlin, the United States Marshals Service, and the United States of America, seeking entry of a Protective Order staying discovery as to the federal defendants until the disposition of the pending motion to dismiss; and the Court having considered the moving papers and any opposition papers submitted thereto; and this matter being decided pursuant to Fed. R. Civ. P. 78; and for good cause shown;

IT IS on this ___ day of _____, 2019;

ORDERED that the motion for entry of a protective order on behalf of Federal Defendants TFO Shawn Gorlin, the United States Marshals Service, and the United States of America is GRANTED; and it is further

ORDERED that all discovery directed to TFO Gorlin or the United States Marshals Service is STAYED pending disposition of the federal defendants' motion to dismiss..

                                                              KAREN M. WILLIAMS, U.S.M.J.

At Camden, New Jersey