CRAIG CARPENITO  Document Electronically Filed
United States Attorney
BY: ANNE B. TAYLOR
Assistant U.S. Attorney
401 Market Street
P.O. Box 2098
Camden, NJ 08101
(856) 757-5031
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| KEVIN SMITH, | : : : | |
| Plaintiff, | : : | HONORABLE JEROME B. SIMANDLE HONORABLE KAREN M. WILLIAMS |
| v. | : : | Civil Action No. 18-5088 (JBS) (KMW) |
| BURLINGTON COUNTY, et al., | : : : | CERTIFICATE OF SERVICE |
| Defendants. | : : | |

I hereby certify that on July 26, 2019, I caused a copy of the Federal Defendants' Notice of Motion, Brief in Support, Certification of Anne B. Taylor, Proposed Form of Order and this Certificate of Service to be electronically filed via ECF, and I have electronically served these documents in accordance with the Court's electronic filing rules on:

    Justin C. Bonus, Esq.
    Justin C. Bonus Attorney at Law
    118-35 Queens Blvd., Suite 400
    Forest Hills, NY  11375
    *Attorney for Plaintiff*

    Evan H.C Crook, Esq.
    Malamut and Associates, LLC
    457 Haddonfield Road, Suite 500

Cherry Hill, NJ 08002
*Attorneys for Burlington County, Burlington Township, Burlington Township Police Department, and Burlington County Prosecutors Office*

John L. Slimm, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin, PC
1500 Midlantic Dr., Suite 200
P.O. Box 5429
Mount Laurel, NJ 08054
*Attorneys for Burlington Township, Burlington Township Police Department, Det. Brandon Roberson, Patrolman Hreso, Det. Dave Brintzinghoffer, Det. Christopher Ent, Patrolman Robert Fenimore, Sgt. R. Sullivan, Det. Marc Carnivale, and Patrolman Worrell*

Michael Ralph Sarno, Esq.
Office of the Attorney General for New Jersey
Tort Litigation and Judiciary Section
25 Market Street
P.O. Box 116
Trenton, NJ 08625
*Attorneys for Burlington County Prosecutors Office, Det. Karen Denelsbeck, Det. Michael Wiltsey, Det. M. Sperry, Det. D. Kohler, Det. Joe Cordoma, Det. Robert Hageman, Det. S. Craig, Det. M. Regan, Agent Todd Fischer, and Det. Tim Horne*

        s/ *Anne B. Taylor*
        ANNE B. TAYLOR
        Assistant U.S. Attorney