```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| KEVIN SMITH,<br><br>              Plaintiff,<br><br>   v.<br><br>BURLINGTON COUNTY, et al.,<br><br>              Defendants. | Civil No. 18-5088-RMB-KMW |

**SCHEDULING ORDER**

        This matter having come before the Court by way of a letter application dated January 8, 2020 from Assistant United States Attorney Anne B. Taylor; and with the consent of all parties; and for good cause shown:

        IT IS this **10th** day of **January, 2020,** hereby **ORDERED**:

        1.  Pretrial factual discovery will expire on **March 31, 2020**. All pretrial discovery shall be concluded by that date. All discovery motions and applications pursuant to L. Cɪᴠ. R. 37.1(a)(1) shall be made returnable before the expiration of pretrial factual discovery.

        2.  **Discovery Applications**. All discovery applications pursuant to L. Civ. R. 37.1(a)(1) shall include an Affidavit or Certification that includes the information identified in L. Civ. R. 37.1(b)(1). Absent exigent circumstances, the Court expects parties to "meet and confer" in person or via telephone before making a discovery application, rather than just exchanging letters or e-mails.

        3.  **Depositions**. All depositions are to be conducted in accordance with the procedures set forth in the order of Judge Gawthrop, in <u>Hall v. Clifton Precision</u>, 150 F.R.D. 525 (E.D.Pa. 1993).

        4.  All affirmative expert reports and expert disclosures pursuant to Fᴇᴅ. R. Cɪᴠ. P. 26(a)(2) shall be served not later than **April 30, 2020**. All rebuttal expert reports and

expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be served not later than **May 29, 2020**.  Each such report should be accompanied by the curriculum vitae of the proposed expert witness.  No expert opinion testimony shall be admitted at trial with respect to any witness for whom this procedure has not been timely followed.  Depositions of proposed expert witnesses shall be concluded by **June 30, 2020.**

For purposes of this Scheduling Order, treating physicians shall not be considered expert witnesses and shall be treated as fact witnesses who are, however, required to provide reports and records concerning their treatment.  However, any doctor who is going to express an opinion as to the cause of a particular condition or as to the future prognosis of a particular condition, shall be considered an expert subject to the requirement of Fed. R. Civ. P. 26(a)(2)(B).

The parties shall also exchange, in accordance with the foregoing schedule, written statements identifying all opinion testimony counsel and the parties anticipate will be presented at trial pursuant to F. R. Evid. 701 and Teen-Ed v. Kimball International, Inc., 620 F.2d 399 (3d Cir. 1980).

5. **Dispositive Motions**. Dispositive motions shall be filed with the Clerk of the Court no later than **August 14, 2020.**  Opposition to the motion should be served in a timely fashion.  Counsel are to follow L. Civ. R. 7.1, 7.2, 56.1 and 78.1 (Motion Practice - Generally).

6. The telephone status conference previously set for **January 13, 2020** is hereby adjourned.  Instead, the Court will conduct a telephone status conference on **March 16, 2020 at 11:30 a.m**. Counsel for plaintiff shall initiate the telephone call.

7. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel agree with the application.  The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                          s/ Karen M. Williams
                                          KAREN M. WILLIAMS
                                          United States Magistrate Judge

cc:   Hon. Renee Marie Bumb, U.S.D.J.