IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

KEVIN SMITH,

                    Plaintiff,

        v.

BURLINGTON COUNTY, et al.,

                    Defendants.

Civil No. 18-5088-RMB-KMW

**AMENDED SCHEDULING ORDER**

This Scheduling Order confirms the directives given to counsel during the telephone status conference held on **March 16, 2020**; and the Court noting the following appearances: **Justin C. Bonus, Esquire**, and **Gabriel P. Harvis, Esquire**, appearing on behalf of the plaintiff; and **John L. Slimm, Esquire,** and **Daniel Gee, Esquire,** appearing on behalf of defendant Burlington County; **Michael R. Sarno, Esquire**, appearing on behalf of defendant Burlington County Prosecutor's Office; and **Assistant U.S. Attorney Ben Kuruvilla**, appearing on behalf of defendant Shawn Gorlin, and for good cause shown:

IT IS this **16th** day of **March, 2020**, hereby **ORDERED**:

1.   **All deadlines set forth in the January 10, 2020 Scheduling Order are hereby STAYED**.

2.   The Court will conduct a telephone status conference on **April 28, 2020 at 3:00 p.m.**   Counsel for plaintiff shall initiate the telephone call.

3.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**


                                        s/ Karen M. Williams
                                        KAREN M. WILLIAMS
                                        United States Magistrate Judge

cc:  Hon. Renee Marie Bumb, U.S.D.J.